# Exhibit 1

**Mark:** ROADWAY MOVING

ROADWAY MOVING

**US Serial Number:** 99892503

**Application Filing Date:** Jun. 18, 2026

**Filed as Base Application:** Yes

**Currently Base Application:** Yes

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:**



LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information.

**Status Date:** Jun. 18, 2026

# Mark Information

**Mark Literal Elements:** ROADWAY MOVING

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Moving company services; Furniture moving; Moving and storage of goods

**International Class(es):** 039 - Primary Class

**U.S Class(es):** 100, 105

**Class Status:** ACTIVE

**First Use:** Feb. 20, 2008

**Use in Commerce:** Feb. 20, 2008

# Basis Information (Case Level)

**Filed Use:** Yes

**Currently Use:** Yes

**Filed ITU:** No

**Currently ITU:** No

**Filed 44D:** No

**Currently 44D:** No

**Filed 44E:** No

**Currently 44E:** No

**Filed 66A:** No

**Currently 66A:** No

**Filed No Basis:** No

**Currently No Basis:** No

# Current Owner(s) Information

**Owner Name:** Roadway Movers Inc.

**Owner Address:** 1135 Bronx River Avenue
Bronx, NEW YORK UNITED STATES 10472

**Legal Entity Type:** CORPORATION

**State or Country** NEW YORK

# Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Bennett D Krasner

**Attorney Primary Email Address:** bkrasner@bdklaw.net

**Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** Bennett D Krasner
Law Offices of Bennett D. Krasner, Esq.
25 Looking Glass Road
Hunter, NEW YORK United States 12442

**Phone:** 1-(516) 551-9864

**Correspondent e-mail:** bkrasner@bdklaw.net bonnie.krasner@bdklaw.net john.g@roadwaymoving.com ross@roadwaymoving.com

**Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Jun. 18, 2026 | APPLICATION FILING RECEIPT MAILED | |
| Jun. 18, 2026 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Jun. 18, 2026 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

### TM Staff Information

**TM Attorney:**

**Law Office Assigned:** Not Assigned

### File Location

**Current Location:** Not Found

**Date in Location:** Jun. 18, 2026

## Trademark/service mark application, Principal Register

Serial number: 99892503
Mark: ROADWAY MOVING
Mark format: Standard character
Filing date: June 18, 2026 at 8:38:46 AM ET
Docket number:
Owner name: Roadway Movers Inc.
Amount paid: $350 (1 class)

# Trademark details

### Mark

ROADWAY MOVING

### Mark format

**Standard character**

The mark consists of standard characters, without claim to any particular font style, size, or color.

# Owner information

| | |
|---|---|
| *Name | Roadway Movers Inc. |
| Entity type | Corporation |
| Place of organization/citizenship | New York |
| **Mailing address information** | |
| *Address line 1 | 1135 Bronx River Avenue |
| *City | Bronx |
| *State/territory | New York |
| *Zip/postal code | 10472 |
| *Country/region/jurisdiction/territory | United States |
| *Email address | ******* |
| Primary telephone number | (212) 812-5240 |
| **Domicile address information** | |

The mailing address is the same as the owner's domicile address.

# Goods and services

## Filing basis information

Section 1(a)

## Identification of goods and services

| | |
|---|---|
| **International Class 039** | |
| Filing basis: Section 1(a) | |
| Moving company services; Furniture moving; Moving and storage of goods | |
| **Specimen Information** | |
| First use anywhere date | At least as early as 02/20/2008 |
| First use in commerce date | At least as early as 02/20/2008 |
| Specimen file name | 2026-06-10 Roadway moving website specimen reduced.pdf |
| URL | www.roadwaymoving.com |
| Date of access | 06/10/2026 |
| Description | pages from website describing services |

# Additional statements

| | |
|---|---|
| Translation (if applicable) | |
| Transliteration (if applicable) | |
| Consent (name/likeness) (if applicable) | |
| Claim of ownership of active prior registrations(s) (if applicable) | |
| Section 2(f) Claim of acquired distinctiveness (if applicable) | |
| Miscellaneous statements | |
| Significance of mark | |
| Disclaimer | |

# Attorney information

## Attorney name and address

| | |
|---|---|
| *Name | Bennett D Krasner |
| Law firm | Law Offices of Bennett D. Krasner, Esq. |
| *Address line 1 | 25 Looking Glass Road |
| *City | Hunter |
| *State/territory | New York |
| *Zip/postal code | 12442 |
| *Country/region/jurisdiction/territory | United States |
| *Email address | bkrasner@bdklaw.net |
| Primary telephone number | (516) 551-9864 |
| Extension | None specified. |

## Attorney registration information

| | |
|---|---|
| *Bar membership or registration number | ******* |
| *Jurisdiction | ******* |
| *Year of admission | ******* |

Statement of good standing

The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state or commonwealth, the District of Columbia, or any U.S. territory.

Additional appointed attorneys

Bonnie E. Krasner

Docket or reference number

# Correspondence information

| | |
|---|---|
| *Correspondence name | Bennett D Krasner |
| *Primary correspondence email address | bkrasner@bdklaw.net |
| Courtesy copy email addresses | bonnie.krasner@bdklaw.net; john.g@roadwaymoving.com; ross@roadwaymoving.com |

# Fee information

| | |
|---|---|
| Application filing option | Trademark/service mark application, Principal Register |
| Number of classes | 1 |
| Base application fee, per class | $350 |
| Total fees paid | $350 |

# Declaration and signature

## Declaration

[ X ] Basis:

If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

And/or

If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

[ X ] To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used

on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

[ X ] To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

[ X ] The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

| | |
|---|---|
| Electronic signature | /RazSapir/ |
| Signatory's name | Raz Sapir |
| Signatory's position | President |
| Date signed | 06/17/2026 |
| Signature method | Electronic signature emailed to third party |

STAMP:USPTO/APPB-**.***.*.***-20260618083846666-99892503-17.2-3836164d-d0c6-4925-927b-51157ec63e72-CARD-20260615095943501691

# ROADWAY MOVING


(https://www.roadwaymoving.com/?
wm_crm=GMB-NY)

(tel:+12128125240)

# There are lots of movers. But only one Roadway Moving in NYC.

Roadway Moving provides complete moving, packing, unpacking and storage service for local and long-distance moves, both to residential and commercial clients.

Get your free moving quote by completing the form below or calling (212) 812-5240 (tel:+12128125240).

**Moving out address ***

Enter a location

**Moving in address ***

Enter a location

**GET YOUR QUOTE**

★★★★★  Based on 9,163+ reviews on
Google  yelp  BBB  Angi



---

# Hear from our customers,
# the heart of our success.

From start to finish, we're here to help you love your move–every step of the way.
Check our combined ratings across all locations, ensuring a seamless moving experience.



Google

**4.9**

out of 5 stars

from 6,243 reviews

yelp

**4.7**

out of 5 stars

from 1,047 reviews

BBB

**4.95**

out of 5 stars

from 519 reviews

Angi

**4.9**

out of 5 stars

from 832 reviews



**WE ARE ROADWAY MOVING**

# Love is in the details.

Numbers speak louder than words. We take our responsibility to you very seriously, paying attention to every detail, no matter the size of the move, to ensure everyone receives a 5-star moving experience.



# 200+

Bright new and clean trucks in our fleet (and growing)



# 99.3%

On-time delivery— the best in the industry



# 94.6%

NPS (net promoter score) across all the served locations.

HERE FOR YOU

# A nicer way to move in NYC

A friendly staff, fair prices and clear communication are just a few of the ways we will make your experience amazing.



## Local Moving

Your belongings are in good hands with our team of highly trained, reliable movers. Plus, you can track your items right from your phone in real-time!

**Learn more** →



## Mid Distance Moving

We don't "hand off" a move to another company. Trust Roadway to protect your items every step of the way, no matter the distance.

**Learn more** →



## Long Distance Moving

Extra distance means extra care. We'll keep your belongings safe and deliver on-time for a stress-free, successful relocation.

**Learn more** →



### International Moving

We simplify your move with expert guidance and hassle-free customs paperwork to ensure a seamless global relocation.

**Learn more** →



### Commerical Moving

Minimize downtime and maximize productivity. We take care of the logistics while you focus on what matters most - your business.

**Learn more** →

**White Glove Moving** ➔

(https://www.roadwaymoving.com/white-glove-moving/?wm_crm=GMB-NY)

**Art Moving** ➔

(https://www.roadwaymoving.com/art-moving/?wm_crm=GMB-NY)

**Piano Moving** ➔

(https://www.roadwaymoving.com/piano-moving/?wm_crm=GMB-NY)

**Pool Table Moving** ➔

(https://www.roadwaymoving.com/pool-moving/?wm_crm=GMB-NY)

**Crating** ➔

(https://www.roadwaymoving.com/crating/?wm_crm=GMB-NY)

ROADWAY STORAGE

# We'll give you all the space you need to store your items.

When it comes to storage, you deserve the best. That's why we handle it all, from pickup and packing, to local, national or even international delivery.



### Short-Term Storage

Flexible solutions for some or all of your furniture and possessions. Perfect transitions, and with no minimum stay. So easy and convenient!

**Learn more** →



## Long-Term Storage

We can handle a long-term relationship! Your valuables will be safeguarded and packed perfectly with extended periods in mind.

**Learn more** →



## Emergency Storage

Let us turn your "oh no" into "phew"! We're here to help you when the unexpected happens. Count on us for emergency storage when you need it.

**Learn more** →



## Storage in Transit

Our in "transit" storage allows you to move without worrying about the safety and security of your belongings during your long distance move.

**Learn more** →



## Overnight Storage

Rest assured, your belongings are secure in our trucks during overnight transitions within our monitored and protected storage facilities.

**Learn more** →

## A Nicer Way to Store Your Things while Moving

Every item is meticulously labeled, inventoried, and securely stored in our climate-contolled facilities which feature security guards and camera surveillance 24/7

**All Storage Services** →

**Mark:**



| | | |
|---|---|---|
| **US Serial Number:** 87038361 | | **Application Filing Date:** May 16, 2016 |
| **US Registration Number:** 5154488 | | **Registration Date:** Mar. 07, 2017 |
| **Filed as TEAS RF:** Yes | | **Currently TEAS RF:** Yes |
| **Register:** Principal | | |
| **Mark Type:** Service Mark | | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** A Section 8 declaration has been accepted.

**Status Date:** Jul. 28, 2023

**Publication Date:** Dec. 20, 2016

# Mark Information

**Mark Literal Elements:** None

**Standard Character Claim:** No

**Mark Drawing Type:** 2 - AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S) /NUMBER(S)

**Description of Mark:** The mark consists of the design of a truck with two human figures carrying a heart up the truck's back ramp.

**Color(s) Claimed:** Color is not claimed as a feature of the mark.

**Lining and Stippling Statement:** The stippling is a feature of the mark and does not indicate color.

**Design Search Code(s):**
02.01.33 - Grotesque men formed by letters, numbers, punctuation or geometric shapes; Stick figures
02.07.26 - Groups, grotesque (having human features or attributes)
02.09.11 - Humans engaged in other work; Humans, including men, women and children, depicted engaged in other work
02.11.01 - Hearts; Hearts excluding hearts as carriers or depicted on playing cards
04.07.03 - Geometric figures or combinations of geometric figures representing a person; Geometric figures representing a person; Geometric shapes forming a person; Person formed by geometric shapes
18.05.05 - Armored trucks; Cabs, tractor-trailer; Garbage trucks; Pickup trucks; Tanker trucks; Tow trucks; Trucks, heavy hauling; Trucks, pick-up; Trucks, tanker; Vans
26.01.13 - Circles, two (not concentric); Two circles
26.01.21 - Circles that are totally or partially shaded.
26.17.01 - Bands, straight; Bars, straight; Lines, straight; Straight line(s), band(s) or bar(s)
26.17.06 - Bands, diagonal; Bars, diagonal; Diagonal line(s), band(s) or bar(s); Lines, diagonal

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** moving and storage of goods

| | | |
|---|---|---|
| **International Class(es):** 039 - Primary Class | | **U.S Class(es):** 100, 105 |

**Class Status:** ACTIVE

| | First Use: Feb. 29, 2016 | | Use in Commerce: Feb. 29, 2016 |
|---|---|---|---|

# Basis Information (Case Level)

| Filed Use: | Yes | Currently Use: | Yes |
|---|---|---|---|
| Filed ITU: | No | Currently ITU: | No |
| Filed 44D: | No | Currently 44D: | No |
| Filed 44E: | No | Currently 44E: | No |
| Filed 66A: | No | Currently 66A: | No |
| Filed No Basis: | No | Currently No Basis: | No |

# Current Owner(s) Information

**Owner Name:** Roadway Moving and Storage, Inc.

**Owner Address:** 1135 Bronx River Avenue
Bronx, NEW YORK UNITED STATES 10472

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** NEW YORK

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Bennett D. Krasner

**Attorney Primary Email Address:** bkrasner@bdklaw.net

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Bennett D. Krasner
Law Offices of Bennett D. Krasner Esq.
25 Looking Glass Road
Hunter, NEW YORK United States 12442

**Phone:** 5165519864

**Fax:** 5164327016

**Correspondent e-mail:** bkrasner@bdklaw.net bonnie.krasner@bdklaw.net john.g@roadwaymoving.com ross@roadwaymoving.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jun. 18, 2026 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jun. 18, 2026 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jun. 18, 2026 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jun. 18, 2026 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Jun. 18, 2026 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Mar. 07, 2026 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Jul. 28, 2023 | NOTICE OF ACCEPTANCE OF SEC. 8 - E-MAILED | |
| Jul. 28, 2023 | REGISTERED - SEC. 8 (6-YR) ACCEPTED | |
| Jul. 28, 2023 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Feb. 28, 2023 | NOTICE OF SUIT | |
| Feb. 15, 2023 | TEAS SECTION 8 RECEIVED | |
| Mar. 07, 2022 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Sep. 30, 2019 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Sep. 30, 2019 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Mar. 07, 2017 | REGISTERED-PRINCIPAL REGISTER | |
| Dec. 20, 2016 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Dec. 20, 2016 | PUBLISHED FOR OPPOSITION | |
| Nov. 30, 2016 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |

| | |
|---|---|
| Nov. 08, 2016 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Nov. 07, 2016 | TEAS/EMAIL CORRESPONDENCE ENTERED |
| Nov. 07, 2016 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Nov. 07, 2016 | TEAS REQUEST FOR RECONSIDERATION RECEIVED |
| Oct. 28, 2016 | NOTIFICATION OF FINAL REFUSAL EMAILED |
| Oct. 28, 2016 | FINAL REFUSAL E-MAILED |
| Oct. 28, 2016 | FINAL REFUSAL WRITTEN |
| Oct. 18, 2016 | TEAS/EMAIL CORRESPONDENCE ENTERED |
| Oct. 17, 2016 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Oct. 17, 2016 | TEAS RESPONSE TO OFFICE ACTION RECEIVED |
| Aug. 31, 2016 | NOTIFICATION OF NON-FINAL ACTION E-MAILED |
| Aug. 31, 2016 | NON-FINAL ACTION E-MAILED |
| Aug. 31, 2016 | NON-FINAL ACTION WRITTEN |
| Aug. 31, 2016 | ASSIGNED TO EXAMINER |
| May 20, 2016 | NOTICE OF DESIGN SEARCH CODE E-MAILED |
| May 19, 2016 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| May 19, 2016 | NEW APPLICATION ENTERED |

# TM Staff and Location Information

**TM Staff Information - None**
**File Location**

**Current Location:** TMEG LAW OFFICE 101          **Date in Location:** Jul. 28, 2023