# Exhibit 2



**BUSINESS PROFILE**

Moving and Storage Companies

# Roadway Moving



**BBB Accredited Business**

**A+** Rated by BBB



📇 Visit Website

📞 (212) 812-5240

⭐ Write a Review

MAIN    GET A QUOTE    REVIEWS    COMPLAINTS

Overview    BBB Accreditation & Rating    About This Business    Photos and Videos    Business De

## Overview

**Roadway Moving**

1135 Bronx River Ave

Bronx, NY 10472-3101

🏛 View Headquarters

## BBB Accreditation & Rating

Roadway Moving is BBB Accredited.



This business has committed to upholding the **BBB Standards for Trust.**

 **Why choose a BBB Accredited Business?**

**BBB Rating**

# A+

More Information

 **How are BBB ratings calculated?**

Join Trusted Businesses

**Become BBB Accredited**

## About This Business

Roadway Moving is headquartered in New York City and provides residential and commercial moving services, local and long distance moving, interstate relocations, professional packing, specialty item handling, and short-term and long-term storage in major U.S. markets with nationwide coverage.



**BBB Accredited Since:** 1/5/2015

**Years in Business:** 18

## Photos and Videos



## Business Details

**Local BBB:** BBB Serving Metropolitan New York

**BBB File Opened:** 4/19/2011

**Business Started:** 2/2/2008

**Business Incorporated:** 2/20/2008

**Type of Entity:** Corporation

**Related Businesses:**

Veteran Movers NYC LLC

**Business Management:**

Mr. Ross Sapir, Owner

Additional Contact Information

**Principal Contacts**

Mr. Ross Sapir, Owner

**Fax numbers**

Other Fax: (212) 812-9886

**Additional Phone Numbers**

Other Phone: [(800) 338-8415](#)

Other Phone: [(323) 902-1500](#)

## Licensing information

This business is in an industry that may require professional licensing, bonding or registration. BBB encourages you to check with the appropriate agency to be certain any requirements are currently being met.

## Additional Information

**Business Categories**

[Moving and Storage Companies](#), [Moving Companies](#), [Moving Services](#), [Storage Units](#), [Packing Service](#)

# Latest Reviews

### 👤 Essie G

"This was my first time hiring a moving company and Roadway exceeded my expectations. The next time I have to go through this process I know who I'll be calling for the job!" ... [Read full review](#)

### 👤 elizabeth f

"Roadway Movers did an amazing job with my move from ▓▓▓▓▓ to ▓▓▓▓▓. They were organized, reliable, and handled my belongings with great care." ... [Read full review](#)

### 👤 Bailey T

"Roadway is the best and they made my move a breeze."

[ View all Reviews ]

BBB Business Profiles are provided solely to assist you in exercising your own best judgment. BBB does not verify the accuracy of information provided by third parties, and does not guarantee the accuracy of any information in Business Profiles. As a matter of policy, BBB does not endorse any product, service, or business.

Businesses are under no obligation to seek BBB accreditation, and some businesses are not accredited because they have not sought BBB accreditation.

When considering complaint information, please consider the company's size and volume of transactions. Note that the nature of complaints and a company's responses to them are often more important than the number of complaints. BBB Business Profiles generally cover a three-year reporting period.

© 2026 BBB, Inc. All rights reserved. All trademarks are property of BBB, Inc.