# Exhibit 3




••• > Home Services > Moving & Storage > Moving and Storage Service > Roadway Moving



We move 𝖭𝖸! ❤ **roadway** moving
Trusted & Reliable Stress Free Moves

 



**Visit website** ↗

✓ Claimed profile • March 2018    Paid Trustpilot subscription

# Roadway Moving

Reviews 1,001  •  ⭐⭐⭐⭐⭐  4.9 ⓘ

Moving and Storage Service

Write a review          **Visit website** ↗

Write a review

---

## 4.9

**Excellent**

⭐⭐⭐⭐⭐

1K reviews

| | |
|---|---|
| 5-star | |
| 4-star | |
| 3-star | |
| 2-star | |
| 1-star | |

How is the TrustScore calculated?

 **Replied to 42% of negative reviews**
Typically replies within 48 hours

 **How this company uses Trustpilot**
See how their reviews and ratings are sourced, scored, and moderated.

★ We use technology to protect platform integrity, but we don't fact-check reviews ⌄

## ✦ Review summary ⓘ
Created with AI, based on recent reviews

Looking at 938 reviews, reviewers overwhelmingly had a great experience with this company. Customers consistently praise the staff for their efficiency, professionalism, and careful handling of belongings, making the moving process smooth and stress-free. Many people highlight the exceptional service, noting how the team goes above and beyond to ensure items are packed logically, protected, and delivered in perfect condition, often exceeding expectations. Reviewers frequently mention the ease of the user experience, with many stating they didn't have to lift a finger and found the entire process incredibly simple and well-coordinated.

However, some customers also noted issues such as late arrivals, with one instance where the team was an hour late, though they still managed to complete the move in a timely manner. Additionally, a few people experienced problems with truck size, leading to insufficient space for all items and requiring personal effort to complete the move. There were also instances where items were damaged due to improper packing or handling, despite clear labeling and padding, leading to dissatisfaction with the quality of care.

See less

Was this summary helpful? 👍 👎

## What people talk about most

**Service**

Reviewers mention positive

**Staff**

Customers had positive experiences

**User**

Revie

praising the efficiency, professionalism, and... See more

efficiency, professionalism, and... See more

descri See m

## Reviews shaping this summary

**LM** **Laurel Meng**
4 days ago

★★★★★ ✓ Verified

Roadway's team was fast and efficient, but also handled all my items with care. We had two locations for the move, so there were some complicated directions regarding the division of our items. The mo... See more

👍 Useful ⌁ Share ⚑

 **Lady Caroline Wiley**
May 26, 2026

★★★★★

The BEST moving company I've ever used (and I've moved a lot!). They were so efficient and moved quickly (but gently) to ensure we met our deadlines for elevator reservations. Everything arrived in pe... See more

↳ Company replied

👍 Useful ⌁ Share ⚑

**KS**

★★★
We we experi mover apartr were k empty ca... S

↳ Cor

👍 Use

See all 1,001 reviews ⊕

## Company details

#2 of 18 best companies in
Moving and Storage Service

#3 of 24 best companies in
Moving Company

ⓘ

See more

## Contact info

◎ 845 3rd Avenue 6th Floor, 10022, New York, United States

📞 (212) 812-5240

✉ info@roadwaymoving.com

🌐 www.roadwaymoving.com

### A Higher Standard of Moving

Expert packing, careful assembly, disposal and insurance guaranteed.

Book Now

 **4.9** ⓘ

## All reviews (1,001)

**946 reviews** in the last 12 months

✎ Write a review

| | | |
|---|---|---|
| ☐ | 5-star | 94% |
| ☐ | 4-star | 3% |
| ☐ | 3-star | <1% |
| ☐ | 2-star | <1% |
| ☐ | 1-star | 2% |

How Trustpilot labels reviews ↗

ⓘ Companies on Trustpilot aren't allowed to offer incentives or pay to hide reviews. Reviews are the opinions of individual users and not of Trustpilot. Read more

🔍 Search by keyword...

More filters ⚌    Most recent ⌄

## Top mentions

Location   Staff   Recommendation   Service   Delivery service   Booking process

Ethics   Trust   Customer service   Price

**HP**   **Haley Price**                                    37 minutes ago
US · 1 review

★★★★★

### Efficient, careful, helpful movers!

We used Roadway Moving for a local move in Los Angeles of our 4bed/2bath house to a new home. They made the move stress-free! They were efficient, timely, and extremely careful with all of our belongings. Nothing broke or was damaged. They disassembled and reassembled all furniture and moved everything into the proper rooms. They were so fast and productive, and got the entire move done in about 8 hours. The team was friendly and helpful. We loved our

👍 Useful   ⌁ Share   ⚑

**AS** **Abigail Sulit**                                              4 hours ago
US · 1 review

   ✓ **Verified**

### Its my first time moving out

Its my first time moving out. They were so quick and efficient! They were all packed up and moved to the other place within an hour and 30 minutes!! Id absolutely recommend!

June 19, 2026

👍 Useful   ⌁ Share   ⚑

**KT** **Kenneth Tapia**                                              A day ago
US · 1 review



### The movers were punctual

The movers were punctual, professional, and handled everything with care. The entire move was completed smoothly, making the experience stress-free and efficient.

June 24, 2026     Unprompted review

👍 Useful   ⌁ Share   ⚑

 **Ghaith Mansour**                               A day ago
US · 1 review

★★★★★

### ★★★★★ Exceptional Moving Experience

★★★★★ Exceptional Moving Experience
I recently used Roadway Moving and couldn't be happier with the experience. From the initial booking process to the final delivery, everything was handled professionally and efficiently. The moving crew arrived on time, was courteous, and took great care in protecting all of our

What stood out most was their attention to detail and communication throughout the move. The team was responsive, transparent, and genuinely committed to providing excellent service.
If you're looking for a reliable, professional moving company that treats your belongings with care, I highly recommend Roadway Moving. I would absolutely use them again for future moves.

June 16, 2026    Unprompted review

👍 Useful    ⤳ Share    ⚑

 **Gabriella Sanon**    A day ago
US · 1 review

★★★★★

**The Best Breakup Move**

This is actually my second time using Roadway, and once again they exceeded my expectations. If you're looking for a moving company you can trust, ask for Julio and Joshua. you'll be in great hands.
they made the entire process feel effortless. They were professional, efficient, kind, and had such positive attitudes throughout the day. even my booking process was super easy with roadway. I will never use another company!

June 18, 2026    Unprompted review

👍 Useful    ⤳ Share    ⚑

JA    **Jack**    A day ago
US · 2 reviews

★★★★★

**My stress-free move from Manhattan to Brooklyn!**

Roadway Moving made my moving experience extremely quick and easy. Richard, Dioni, and Sergio were so kind and made my Manhattan to Brooklyn move stress-free. I would 100% book them again. I highly recommend this service!!

June 15, 2026    Unprompted review

👍 Useful    ⤳ Share    ⚑



MC    US · 1 review

★★★★★  ✓ Verified

**Roadway movers were awesome**

Roadway movers were on time, worked quickly, efficiently, and with great care for my items. They were accommodating and amazing at thinking out of the box to solve a narrow stairway problem. I have moved many times in my life and this was the smoothest and most affordable experience of them all. I will only recommend them in the future.

June 12, 2026

👍 Useful      ⌁ Share      ⚑

 **Aviva Mehta**                                    2 days ago
US · 1 review

★★★★★

**Great moving experience with Roadway**

Moved locally within New York City and had the most seamless move with Roadway! They came in on time to pack up my apartment, and were done within 3 hours. They unloaded all my items carefully, and even helped organize the boxes in the right rooms. Can't recommend them enough!

June 20, 2026      Unprompted review

👍 Useful      ⌁ Share      ⚑

MM    **Mary Murray**                                    2 days ago
US · 1 review

★★★★★  ✓ Verified

**Emmanuel is the best!**

Emmanuel and the entire team were truly fantastic. So hardworking and truly cared about the safety of all our items. They moved us out of a fifth floor walk up and couldn't have been nicer or smoother about the entire process. THANK YOU Emmanuel and team. We are very appreciative!!!



## Laurel Meng
LM US · 1 review

4 days ago

★★★★★ ✓ Verified

**Fast, efficient, professional**

Roadway's team was fast and efficient, but also handled all my items with care. We had two locations for the move, so there were some complicated directions regarding the division of our items. The movers handled these pieces really well and the move ended up going very smoothly. Roadway did a much better job than previous movers I've hired in the past. I will definitely use them again!

June 6, 2026

👍 Useful    ⤳ Share    ⚑

## Gracie Blanchard
GB US · 1 review

5 days ago

★★★★★

**Exceptional professionalism**

Exceptional professionalism, care, and expertise. Made our cross country move stress free and seamless!

June 17, 2026    Unprompted review

👍 Useful    ⤳ Share    ⚑

## Madison Bennett
MB US · 1 review

5 days ago

★★★★★

**HIGHLY recommend Roadway**

HIGHLY recommend Roadway! I've never had a good moving experience until using roadway. They took such great care of my items and everything was so organized and efficient. They are the best!

June 15, 2026    Unprompted review



## Sara Sun
US · 1 review

★★★★★

### Exceptional Cross-Country Moving Experience

I recently moved from San Diego to Florida with the help of Roadway Moving, and they did an amazing job! The entire process was smooth from start to finish. The team was incredibly meticulous, professional, and careful with our belongings. I have a lot of handmade artwork and pottery that I was especially nervous about moving, but everything arrived safely and in great condition. Communication was excellent throughout the process, and they made what could have been a very stressful cross-country move feel easy.

May 23, 2026    Unprompted review

👍 Useful        ⤳ Share        🏳



## Alyssa Knudsen
US · 1 review

6 days ago

★★★★★

### Great Experience from Start to Finish!

We recently used Roadway for our move and had a wonderful experience!

The crew was friendly, professional, and worked hard from start to finish. I was genuinely impressed by how much they got done in such a short amount of time. They worked efficiently while still taking great care of our belongings and paying attention to the details.

What stood out most was how seamless the entire day felt. Moving comes with so many logistics, but the Roadway made the actual move feel easy. We're so grateful for the entire crew and absolutely recommend Roadway to anyone planning a move!

June 13, 2026    Unprompted review

👍 Useful        ⤳ Share        🏳

## Ronald Harper
US · 1 review

6 days ago

A truly stress-free move. The team was organized, professional, and completed the job perfectly. I highly recommend them to anyone looking for a reliable moving service.

June 18, 2026    Unprompted review

👍 Useful        ⌁ Share        ⚐

**WS**    **William Steve**                                    6 days ago
US · 2 reviews

★★★★★

**Fantastic moving service**

Fantastic moving service. The crew was polite, experienced, and extremely careful with fragile items. I couldn't be happier with the experience.

June 18, 2026    Unprompted review

👍 Useful        ⌁ Share        ⚐

 **Akash Anavarathan**                     6 days ago
US · 1 review

★★★★★

**Roadway's just fantastic!**

The experience with Roadway was amazing!

They came to our home and within 4 hours, they had all of our items packed, wrapped safely and out of the home and into the moving van. The team did an amazing job of safely packing all of the valuables. They took extra care and worked efficiently.

Within 2 weeks, the items were delivered at our new house and the 2 team members had everything dropped off and furniture unassembled within 3 hours.

All of our items made it safely and I would highly recommend Roadway to anyone who just wants to have a seamless, stress-free move without worrying about packing up your home!

May 15, 2026    Unprompted review

 **Miki Ash**          6 days ago

US · 1 review

★★★★★ ✓ Verified

### Roadway took all of the stress out of moving!

I was so anxious about moving and roadway made it so easy and stress free!!! The movers were efficient, kind, communicative and made sure all of my belongings were handled with care. It was such a treat to work with roadway. Ive already recommended their services to all of my friends!!!

June 10, 2026

👍 Useful     ⌣ Share     ⚐

 **Kyra G**          6 days ago

US · 1 review

★★★★★

### Absolutely loved using roadway

Absolutely loved using roadway! They were so helpful and took the best care with all of our items. Couldn't have been a smoother cross country process

June 5, 2026     Unprompted review

👍 Useful     ⌣ Share     ⚐

 **Raana Anwaruddin**          6 days ago

US · 1 review

★★★★★ ✓ Verified

### Enrique is Amazing!! Thanks chief!

Enrique and his Team were absolutely amazing, professional, efficient, diligent, hardworking and communicative! We were super impressed with the smoothness of the move, and the attention to detail. Even when we ran into a couple hitches they found logical solutions. Highly recommend Roadway and Allen Hamilton's coordination too! Thank you guys!!! We appreciate you

5 stars! ⭐ ⭐ ⭐ ⭐ ⭐

| Previous | Next page |

## The Trustpilot Experience ★

We're open to all                                    ⌄

We champion verified reviews                         ⌄

We fight fake reviews                                ⌄

We show the latest reviews                           ⌄

We encourage constructive feedback                   ⌄

We verify reviewers                                  ⌄

We advocate against bias                             ⌄

Take a closer look



This site is protected by reCAPTCHA. We collect device and interaction signals for security purposes as described in our [Privacy Policy](#).

## Choose country

United States ▾

## About

About us

Jobs

Contact

Blog

How Trustpilot works

Press

Investor Relations



## Businesses

Trustpilot Business

Products

Plans & Pricing

Business Login

## Community

Trust in reviews

Help Center

Log in

Sign up

## Follow us on

    

Blog for Business

Data Solutions

Legal

Privacy Policy

Terms & Conditions

Guidelines for Reviewers

System status

Cookie preferences

Do Not Sell My Info

Modern Slavery Statement

© 2026 Trustpilot, Inc. All rights reserved.