# Exhibit 4


Angi / NY

Approved



# Roadway Moving

★★★★★ **4.9** (861)

In-State Moving Service, Out-of-State Moving Service,

📞 **Phone number**

## About us

Founded by CEO Ross Sapir, Roadway Moving completes 30,000+ moves annually with 700+ employees and a fleet of 180 trucks nationwide. Our mission is simple: deliver the best customer experience in the moving industry with clear pricing, strong communication, and reliability you can count on ? 99.3% on-time pickup and delivery, a 91 Net Promoter Score, and a 93 Employee Net Promoter Score. Headquartered in New York City, Roadway operates company-managed facilities across the NY Tri-State area, Los Angeles, San Francisco Bay Area, Miami, For...

Read more

## Business highlights

🌐 Se habla espanol

📢 Emergency services offered

🎖 **18** years of experience

## Amenities

**Emergency Services**
Yes

**Free Estimates**
Yes

**Warranties**
Yes

## Accepted Payment Methods

✓ CreditCard

# Our recent projects



**LA**



**NYC**

‹ ›

## Reviews

**4.9** ★★★★★ 861 Reviews

| | |
|---|---|
| 5 ★ | **93%** |
| 4 ★ | **4%** |
| 3 ★ | **2%** |
| 2 ★ | **1%** |
| 1 ★ | **1%** |

**Write a review**

### Filter reviews by service

In-State Moving Service (62)  Out-of-State Moving Service (31)

Showing 1-25 of 861 reviews

---

**Sarah C.**  Jul 2026

★★★★★ 5.0

🅰 Verified Review

In-State Moving Service

💲 $400

We loved using Roadway! They were timely, careful, and super kind. The made the moving process so much easier! I&#39;d hire again and again!

---

**Hope S.**  Jul 2026

★★★★★ 5.0

🅰 Verified Review

In-State Moving Service

💲 $1,750

I had an incredible experience with Roadway Moving and couldn&#39;t recommend them more! My movers were professional, friendly, and

See full review ⌄

---

**Jackie S.** Jul 2026

★★★★★ **5.0**

 Verified Review

In-State Moving Service

$ $3,200

I can't say enough great things about Roadway Moving. I had a move that involved three different stops, and the entire team handled it seamlessly. They were incredibly flexible, accommodating, and made every request happen without any hassle, which took so much stress off my shoulders. The coordination team leading up to the move was fantastic. Everyone I spoke with was friendly, responsive, and genuinely cared about making sure everything went smoothly. By the time moving day arrived, I felt completely taken care of. The movers were just as…

See full review ⌄

---

**Alex S.** Jul 2026

★★★★★ **5.0**

 Verified Review

Out-Of-State Moving Service

Excellent packing and unpacking in both a timely and safe manner. All of our belongings got from apartment to apartment without any difficulty whatsoever. Would recommend to anyone moving out of state with a fully furnished apartment!

---

**Lilly R.** Jul 2026

★★★★★ **5.0**

 Verified Review

In-State Moving Service

I could not recommend Roadway Moving more if I tried! I moved during the NYC heatwave. It was almost 100 degrees… and I live in a NYC walk up building! This move was not an easy one by any means. Yet, the movers showed up with smiling faces and a "let's get it done" attitude. I trust Roadway Moving so much … their customer service is UNMATCHED!! So grateful they could help me during this transition period of my life. Thank you, Roadway!!

See full review ⌄

---

**ALYSSA C.** Jul 2026

★★★★★ **5.0**

 Verified Review

In-State Moving Service

Help me write a review on roadway thats expressive here are my thoguths: incredidble we did a huge famiyl move and tey were so accodmoamting, quic , efiicent, had all the tol=ol dneeded, we knew this would be huge and we cdodidlt do it without hem, they also helped with uppacking and aammebly dso miuch ehv lifitng, always similing actually made. amove fun which is so unheard of. ive used movers before and did not have a good experince and even had thign ebroken but not reoadwaqy they were 10000/10 experience and i would def reccoment…

See full review ⌄

 Verified Review

Out-Of-State Moving Service

Roadway Moving made my move completely stress-free. The team packed everything carefully, transported it safely, and even unpacked and assembled everything in my new apartment. After three years in my Brooklyn studio, I was able to walk into my new place and start enjoying it right away instead of spending days unpacking. The movers were professional, efficient, and handled everything with great care. I'd definitely recommend Roadway to anyone looking for a seamless moving experience in NYC.

See full review ⌄

---

**Ilianna A.**                                                     Jul 2026

★★★★★ 5.0

 Verified Review

In-State Moving Service

This is my second time using Roadway Moving because they are that good! They work quick and take all the precautions to keep your furniture and items safe. When we got to our new apartment, they unloaded all our furniture and placed them where we want our move as smooth as possible!

---

**Camelia G.**                                                     Jul 2026

★★★★★ 5.0

 Verified Review

In-State Moving Service

Roadway made my move so much less stressful. The team was professional, arrived on time, and handled everything with a lot of care. They were efficient throughout the entire process and made sure my furniture and boxes arrived safely. Everyone I interacted with was friendly and communicative, and the whole experience felt organized from start to finish. I&#39;d definitely recommend Roadway to anyone looking for a reliable moving company.

See full review ⌄

---

**Miki A.**                                                        Jul 2026

★★★★★ 5.0

 Verified Review

In-State Moving Service

 $2,000

Roadway made my moving process so easy from beginning to end. they helped me move the rest of my items that felt cumbersome for me to prep on my own. they unmounted my TV, wrapped all of my art, mirrors and furniture that needed protecting. they moved so quickly and efficiently both packing and unpacking! the team was kind, courteous and professional. I would definitely recommend roadway to anyone who wants to make their moving process enjoyable.

See full review ⌄

---

**Paris B.**                                                       Jul 2026

★★★★★ 5.0

 Verified Review

**Malia S.**                                      Jun 2026

★★★★★ **5.0**

 Verified Review

Out-Of-State Moving Service

Great experience from start to finish! The team was professional, efficient, and handled everything with care. I'd definitely recommend Roadway.

---

**Natalie P.**                                    Jun 2026

★★★★★ **5.0**

 Verified Review

Out-Of-State Moving Service

 $1,400

Super helpful and seamless process - would use again!

---

**Emily C.**                                      Jun 2026

★★★★★ **5.0**

 Verified Review

In-State Moving Service

 $1,700

Wow!! I can't say enough great things about Roadway. I have used them twice, the first time they moved me from Georgia to LA and they made such a stressful experience so easy. The second time I use them, I use them to move from LA to Orange County and opted in for the packing and unpacking service. I can't recommend them enough, they take the stress out of moving. The team is so kind and they have an amazing set of hard workers.

See full review  ⌄

---

**Michelle C.**                                   Jun 2026

★★★★★ **5.0**

 Verified Review

Out-Of-State Moving Service

I can't recommend Roadway Moving enough! My furniture had been sitting in storage in Atlanta for two years, and I had no idea how I was ever going to get everything back to Washington, DC. As one person, it felt overwhelming, but Roadway Moving made the entire process so much easier than I expected. Their team carefully packed everything, protected my furniture and glass items, and made sure everything arrived safely just a few days later. They handled my belongings with so much care, and I finally have everything back home where it belongs. If you'…

See full review  ⌄

---

**Rachel J.**                                     Jun 2026

In-State Moving Service

$ $3,800

Roadway Moving made my entire moving experience seamless and stress-free. Their team was professional, efficient, and took exceptional care of my belongings. I wouldn&#39;t hesitate to use them again and highly recommend their services to anyone looking for a reliable moving company in NYC.

---

### Maya W.      <span style="float:right">Jun 2026</span>

★★★★★ **5.0**

 Verified Review

In-State Moving Service

$ $1,800

Moving with Roadway was such a lovely experience. They were efficient, fast and were able to pack everything into my small storage unit perfectly! My movers were so kind as well.

---

### Riya G.      <span style="float:right">Jun 2026</span>

★★★★★ **5.0**

 Verified Review

Out-Of-State Moving Service

Roadway did such a great job, they made my long distant love feels so easy! Def reccomend them.

---

### Evan S.      <span style="float:right">Jun 2026</span>

★★★★★ **5.0**

 Verified Review

In-State Moving Service

Roadway helped with my move while I was my busiest with work and it was so seamless and stress free. I wouldn?t have been able to do it without them!

---

### Chelsea K.      <span style="float:right">Jun 2026</span>

★★★★★ **5.0**

 Verified Review

In-State Moving Service

This is the best moving company I swear. I've used them 3 times now and I'll use them for every move. They've never broken anything and are always kind and efficient. Couldn't recommend them more

---

### Sally C.      <span style="float:right">Jun 2026</span>

★★★★★ **5.0**

 Verified Review

In-State Moving Service

### Ariel A.
Jun 2026

★★★★★ 5.0

🅰 Verified Review

Out-Of-State Moving Service

$ $2,500

Roadway moving was incredible. The guys were super respectful and made me feel comfortable with my belongings. Would 100% hire again!

### Grace B.
Jun 2026

★★★★★ 5.0

🅰 Verified Review

In-State Moving Service

The team was on time, professional, very kind and so gentle with my things! They were also very quick and accomodating with a problem in my building.

### Grace X.
Jun 2026

★★★★★ 5.0

🅰 Verified Review

In-State Moving Service

$ $2,000

My second time using them for packing &amp; moving - so fast, attentive &amp; professional as always! Finished the whole job in 3 hours and kept all my fragile items safe!

### Marjon C.
Jun 2026

★★★★★ 5.0

🅰 Verified Review

In-State Moving Service

I used Roadway for my recent move-in with my partner and it honestly made what could have been a very overwhelming day feel seamless. Their team showed up right on time, helped me finish packing the last few things, and handled everything from furniture to artwork to a very chaotic number of closets with real care. Nothing felt rushed or careless—they were thoughtful in how they wrapped, moved, and placed everything. What stood out most was how much stress they took off my plate. I was able to actually focus on the emotional side of moving...

See full review  ⌄

## Licensing

✓ Licensed*

<u>Show more</u> ⌄

<u>State Contractor License Requirements</u>

All statements concerning insurance, licenses, and bonds are informational only, and are self-reported. Since insurance, licenses and bonds can expire and can be cancelled, homeowners should always check such information for themselves. To find more licensing information for your state, visit our <u>Find Licensing Requirements</u> page.

*Contact business to see additional licenses.

# FAQ

**How is Roadway Moving overall rated?**  ⌃

Roadway Moving is currently rated 4.9 overall out of 5.

**What payment options does Roadway Moving provide?**  ⌄

**Does Roadway Moving offer free estimates?**  ⌄

**Does Roadway Moving offer eco-friendly accreditations?**  ⌄

**Does Roadway Moving offer emergency services?**  ⌄

**Contact Information**

845 3RD AVE FL 6, NEW YORK, NY 10022
<u>https://www.roadwaymoving.com/</u>