# Exhibit 5


# Customer Reviews and Testimonials

Roadway Moving provides complete moving, packing, unpacking and storage service for local and long-distance moves, both to residential and commercial clients.

Get your free moving quote by completing the form below or calling (646) 347-7966 (tel:+16463477966).

**Moving out address ***

Enter a location

**Moving in address ***

Enter a location

**GET YOUR QUOTE**

★★★★★ Based on 10,853+ reviews on




---

CUSTOMER TESTIMONIALS

## Real stories from real moves.

Hear directly from customers, celebrities, and real estate agents who trusted us with their moving day.

 Roger & Talia Scott
 Alli Webb — and made my move
 Karrueche Tran
 Elsa Hosk
 Katie Thurston

ROADWAY MOVING REVIEWS

# America loves Roadway Moving.
# Check out our reviews.

Every move is an opportunity to show customers like you that moving can be a joyful and relaxed experience.

**LOCAL MOVING**



...026

by far the best experience I've with a moving company. ...e it were their own belongings.

★ ★ ★

**LOCAL MOVING**



### Jess M.
14 March, 2026

This was my first time using professional movers and Roadway Moving made the experience seamless! Can't recommend this service enough.

5.0 ★★★★★

**LOCAL MOVING**



### Joey C.
16 May, 2026

Roadway moving has been the best decision I've ever made in my life! The movers came over and packed everything with care.

5.0 ★★★★★

**LONG-DISTANCE MOVIN...**



### Austin C.
2 April, 2026

This is my second tir... for my move and let... astonishing how eas... this company.

5.0 ★★★★★

Google
**4.9**
out of 5 stars

yelp
**4.7**
out of 5 stars

from 7,392 reviews

from 1,068 reviews



**4.9**

**out of 5 stars**



**4.9**

**out of 5 stars**

from 1,014 reviews

from 847 reviews

Check out Roadway Moving reviews on Angi (https://www.angi.com/companylist/us/ny/new-york/roadway-moving-reviews-1.htm).

## What We Do

**MOVING SERVICES**

Local Moving (https://www.roadwaymoving.com/local-moving/)

Mid Distance Moving (https://www.roadwaymoving.com/mid-distance-moving/)

Long Distance Moving (https://www.roadwaymoving.com/long-distance-movers/)

Interstate Moving (https://www.roadwaymoving.com/interstate-moving/)

International Moving (https://www.roadwaymoving.com/international-moving/)

Commercial Moving (https://www.roadwaymoving.com/commercial-moving/)

Residential Moving (https://www.roadwaymoving.com/residential-movers/)

Apartment Moving (https://www.roadwaymoving.com/apartment-movers/)

**MOVING SERVICES**

Art Moving (https://www.roadwaymoving.com/art-moving/)

Piano Moving (https://www.roadwaymoving.com/piano-moving/)

Pool Table Moving (https://www.roadwaymoving.com/pool-table-moving/)

**STORAGE SERVICES**

Short term storage (https://www.roadwaymoving.com/short-term-storage/)

Long term storage (https://www.roadwaymoving.com/storage/long-term-storage/

)

Storage in transit (https://www.roadwaymoving.com/storage/storage-in-transit/
)

Emergency storage (https://www.roadwaymoving.com/storage/emergency-storage/
)

**SEAMLESS MOVING SERVICES**

Packing & unpacking (https://www.roadwaymoving.com/packing-unpacking/
)

Furniture disposal (https://www.roadwaymoving.com/furniture-disposal/
)

Assembly/disassembly (https://www.roadwaymoving.com/assembly-disassembly/
)

**MORE SERVICES**

Certificate of Insurance (COI) (https://www.roadwaymoving.com/certificate-of-insurance-services/
)
GPS Tracking (https://www.roadwaymoving.com/gps-tracking/)
Full Value Protection moving insurance (https://www.roadwaymoving.com/full-value-protection-coverage/
)

# Locations & Service Area

**EAST COAST MOVING**

New York State (https://www.roadwaymoving.com/locations/new-york/
)
Manhattan (https://www.roadwaymoving.com/locations/new-york/manhattan/
)
Brooklyn (https://www.roadwaymoving.com/locations/new-york/brooklyn-movers/
)
Queens (https://www.roadwaymoving.com/locations/new-york/queens/
)
The Bronx (https://www.roadwaymoving.com/locations/new-york/bronx/
)
Conne (https://www.roadwaymoving.com/locations/connecticut/
)        cticut (https://www.roadwaymoving.com/locations/connecticut/
)
Chicago (https://www.roadwaymoving.com/locations/illinois/chicago/
)
Dallas (https://www.roadwaymoving.com/locations/texas/dallas/
)
Miami (https://www.roadwaymoving.com/locations/florida/miami/
)
Fort Lauderdale (https://www.roadwaymoving.com/locations/florida/fort-lauderdale/
)
West Palm Beach (https://www.roadwaymoving.com/locations/florida/west-palm-beach/

)

New Jersey (https://www.roadwaymoving.com/locations/new-jersey/

)

Nassau County, NY (https://www.roadwaymoving.com/locations/new-york/nassau-county/

)

Long Island, NY (https://www.roadwaymoving.com/locations/new-york/long-island/

)

Mount Vernon, NY (https://www.roadwaymoving.com/locations/new-york/mt-vernon/

)

Philadelphia (https://www.roadwaymoving.com/locations/philadelphia/

)

USA Wide Moving (https://www.roadwaymoving.com/long-distance-movers/

)

**WEST COAST MOVING**

Los Angeles (https://www.roadwaymoving.com/locations/california/los-angeles/

)

Northridge (https://www.roadwaymoving.com/locations/california/los-angeles/northridge/

)

Beverly Hills (https://www.roadwaymoving.com/locations/california/los-angeles/beverly-hills/

)

Santa Monica (https://www.roadwaymoving.com/locations/california/los-angeles/santa-monica/

)

Malibu (https://www.roadwaymoving.com/locations/california/los-angeles/malibu/

)

Sherman Oaks (https://www.roadwaymoving.com/locations/california/los-angeles/sherman-oaks/

)

Pasadena (https://www.roadwaymoving.com/locations/california/pasadena/

)

Orange County (https://www.roadwaymoving.com/locations/california/orange-county/

)

San Diego (https://www.roadwaymoving.com/california/san-diego/

)

San Francisco (https://www.roadwaymoving.com/locations/california/san-francisco/

)

San Jose (https://www.roadwaymoving.com/locations/california/san-jose/

)

Oakland (https://www.roadwaymoving.com/locations/california/oakland/

)

USA Wide Moving (https://www.roadwaymoving.com/long-distance-movers/

)

**STORAGE FACILITIES**

NYC storage (https://www.roadwaymoving.com/storage/ny/new-york-city/

)

The Bronx storage (https://www.roadwaymoving.com/locations/new-york/bronx/storage/

)

Chicago storage (https://www.roadwaymoving.com/storage/chicago/

)

Los Angeles storage (https://www.roadwaymoving.com/storage/ca/los-angeles/
)
San Francisco storage (https://www.roadwaymoving.com/storage/ca/san-francisco/
)
Miami storage (https://www.roadwaymoving.com/storage/fl/miami/
)
West Palm Beach storage (https://www.roadwaymoving.com/storage/fl/west-palm-beach/
)
Fort Lauderdale storage (https://www.roadwaymoving.com/storage/fl/fort-lauderdale/
)
Philadelphia storage (https://www.roadwaymoving.com/storage/pa/philadelphia/
)

**POPULAR ROUTES**

California to Texas (https://www.roadwaymoving.com/california-to-texas-movers/
)
NYC to Connecticut (https://www.roadwaymoving.com/nyc-to-ct-movers/
)
NYC to Chicago (https://www.roadwaymoving.com/nyc-to-chicago-movers/
)
NYC to Los Angeles (https://www.roadwaymoving.com/nyc-to-la-movers/
)
New York to Florida (https://www.roadwaymoving.com/ny-to-florida-movers/
)
NYC to Washington DC (https://www.roadwaymoving.com/nyc-to-washington-movers/
)
NYC to Texas (https://www.roadwaymoving.com/nyc-to-texas-movers/
)
Los Angeles to NYC (https://www.roadwaymoving.com/la-to-nyc-movers/
)
Los Angeles to San Diego (https://www.roadwaymoving.com/la-to-san-diego-movers/
)
Los Angeles to Las Vegas (https://www.roadwaymoving.com/la-to-las-vegas-movers/
)
San Francisco to Los Angeles (https://www.roadwaymoving.com/sf-to-la-movers/
)
NYC to Philadelphia (https://www.roadwaymoving.com/nyc-to-philadelphia-movers/
)

**FIND US ON SOCIAL**

(https://www.instagram.com/roadwaymoving/) (https://www.youtube.com/channel/UCDKmQ7k9jclvjFiUAQ) (https://www.linkedin.com/company/roadway-moving/posts/)

(https://x.com/RoadwayMoving) (https://www.facebook.com/RoadwayMoving/) (https://www.yelp.com/biz/roadway-moving-new-york)

# Company

**ROADWAY MOVING**

About us (https://www.roadwaymoving.com/about/)

Our Movers (https://www.roadwaymoving.com/our-movers/)

Reviews (https://www.roadwaymoving.com/reviews/)

Licenses & Credentials (https://www.roadwaymoving.com/licenses-and-credentials/
)

New York Yankees Partner (https://www.roadwaymoving.com/yankees/announcement/
)

Careers (https://www.roadwaymoving.com/careers/)


**SUPPORT**

Contact Us (https://www.roadwaymoving.com/contact-us/)

Certificate of Insurance (COI) (https://www.roadwaymoving.com/certificate-of-insurance-services/
)

Schedule a storage move out (https://www.roadwaymoving.com/contact-us/schedule-a-storage-move-out/
)

Claims (https://www.roadwaymoving.com/contact-us/file-a-claim/
)

Moving 101 (https://www.roadwaymoving.com/moving-101/)

Tipping Guide (https://www.roadwaymoving.com/tipping-guide/)

Moving FAQ (https://www.roadwaymoving.com/moving-faq/)


**MEDIA**

Blog (https://www.roadwaymoving.com/blog/)

Press and News (https://www.roadwaymoving.com/news-press/
)

Video (https://www.roadwaymoving.com/video/)


**COMMUNITY**

Roadway Gives Back (https://www.roadwaymoving.com/community/
)

Events (https://www.roadwaymoving.com/events/)


**GET MOVING!**

**GET A FREE QUOTE**

(https://www.roadwaymoving.com/full-form/)

**(646) 347-7966**

(tel:+16463477966)

845 3rd Ave 6 Fl, New York, NY 10022

Fully licensed and insured: NY DOT #T-38589 | USDOT #1854436 | ICC MC-671325 | FMC #028636

View Official Credentials & Regulatory Compliance (https://www.roadwaymoving.com/licenses-and-credentials/)

Terms & Conditions (https://www.roadwaymoving.com/terms-and-conditions/
)                                                    Privacy Policy (https://www.roadwaymoving.com/privacy-policy/
)

© 2026 Roadway Movers Inc. All Rights Reserved.

Do Not Sell or Share My Personal Information