# Exhibit 6

SPONSORED BY:





NATIONAL

  

# From the Big Apple to the City of Angels, Roadway is Changing the Moving Game



*Ben Buzaglo, Sales Director for Roadway Moving*

The venerable NYC-based full-service moving company has established a foothold in The City of Angels, raking in an impressive +25% of revenue year-over-year. This Tinsel Town expansion, which is three years in the making, is the first step in Roadway Moving's growth from an East Coast institution to a nationwide moving leader. *TRD* sat down with Ben Buzaglo, Sales Director for Roadway Moving, to learn how this Hollywood sequel is changing the moving game on the West Coast.

## Bringing New York Excellence to the Pacific Coast

In May, we covered how Roadway Moving became NYC's leading full-service moving company by leveraging cutting-edge technology and training to ensure

excellence at each stage of the moving process. After honing their system in the challenging NYC market, Roadway Moving began expanding into new territories, setting its sights 2,700 miles to the west and more recently opening their new location in Miami.

"We've benefitted from a huge jump start from satisfied clients whom we had previously moved from East Coast to West Coast," explains Buzaglo, who notes that 40% of the company's moves over the last 16 years have been long-distance, which has seeded the country with happy customers.

Roadway Moving opened its L.A. operation three years ago with a single truck. Today, the company's West Coast operation boasts three storage Facilities, 16 trucks, and an average growth rate of 96% year-over-year. This meteoric growth is due in part to Roadway Moving replicating its people-oriented company culture and customer-centric approach on the West Coast, ensuring a personalized, professional experience from the beginning to end of every move. Roadway Moving puts control of the move in the customer's hands throughout the process, guaranteeing satisfaction by leveraging cutting-edge moving tech as well as strong personal relationships with its customers.

## Adapting to the City of Angels

While Roadway Moving entered the Los Angeles market with a well-honed system based on over a decade of experience in NYC, learning the nuances of Southern California took some time. Everything about L.A.'s geography is different, from the layout of apartment buildings (instead of fifth-floor walk ups, Los Angeles apartments tend to cap out at two or three stories surrounding central courtyards) to the streets themselves (the Hollywood Hills' windy boulevards require different trucks and moving techniques than the predictable grid of streets and avenues in NYC).

Of course, some things remain the same, including the intense training that Roadway Moving's movers receive and the high-tech tracking system used to

guarantee every item makes it safely from origin to destination.

Roadway Moving still applies its signature attention to detail to every move in L.A. From the in-person walkthrough during which Roadway Moving's experts plan out the move to the custom-built crates that protect high-value items like musical instruments and motorcycles during the move to the consistent branding visible on all of the company's equipment, the company instills confidence in its customers.

"Appearance is also crucial," says Buzaglo. "Using clean, new trucks, uniformed movers and high-quality materials is vital, as it demonstrates the respect we have for our clients' belongings and their overall moving experience."

## The Roadway Difference

Anyone who's used one of Roadway Moving's competitors knows how frustrating the moving experience can be when their movers subcontract various parts of the process. That's why Roadway Moving keeps all functions under the same roof, enabling them to ensure consistent communication and quality throughout the move.

"Moving days can be very stressful," says Buzaglo, "so we want to put the customer at ease as much as possible."

Because the client's main point of contact will be the moving professionals who show up on the actual day of the move to package and carry away their items, Roadway Moving invests a lot of time and money in their teams, starting with advanced background checks and multiple interviews to verify skills, knowledge and culture fit. Team members then undergo an intensive training program that includes hands-on coaching in a staged one-bedroom apartment furnished with everything they'll typically encounter in a move, along with a bevy of trickier items, from fine artwork to irregularly sized objects.

"They practice wrapping furniture, packing fragile items, establishing the correct weight for different sizes of boxes and more," explains Buzaglo, adding that even the most tenured movers regularly participate in frequent brush-up sessions.

This meticulous attention to detail is apparent throughout Roadway Moving. With multiple specialized departments involved in the moving process—ranging from Leads and Sales to Move Coordinators, Operations (both Local and Long Distance), and Customer Service—it's crucial that these teams collaborate effectively.

"Working seamlessly as a unified team is essential," says Buzaglo. "Our reputation depends not just on what happens on move day, but on the entire experience, both before and after."

## A Foundation for Growth

Based on the fast success of the Los Angeles expansion, Roadway Moving has already opened a second West Coast office in San Francisco, and currently has its sights on other key California communities, including Orange County and San Diego. Yet, despite this desire to blanket the state, they recognize that growth can't come at the expense of the support that is their calling card.

Due to the sprawling geographic nature of the state, Roadway intends to start with satellite offices to ensure that challenges like traffic don't negatively impact a move. It's a strategy that's worked well with other markets, such as Miami, and that they intend to eventually replicate in a midpoint of the country, such as Chicago or Texas, which will allow them to optimize truck use based on seasonal demands.

"We plan to take this unique California prototype to new markets as a way to successfully introduce the brand, then grow and scale as our reputation spreads," says Buzaglo.

Would you like to learn more about Roadway Moving's service and dedication to excellence? <u>Find out about their referral program here</u> and visit them at The Real Deal's LA Real Estate Forum on September 12th where they'll be meeting and greeting visitors.

THE REAL DEAL     ›
MARKETS     ›
SECTIONS     ›
PRODUCTS & SERVICES     ›
LEGAL     ›

All rights reserved © 2026 The Real Deal is a registered Trademark of Korangy Publishing Inc.

450 West 31st Street, New York, NY 10001 Phone: 212-260-1332



SPONSORED BY:

 | BRAND STUDIO



 
# More Than A Move: How Roadway Moving Elevates Customer Experience and Outreach

 



*Valerie Fiordaliso, Marketing Director at Roadway Moving*

**By Brand Studio**

*DEC 5, 2024, 9:13 AM EST*

In the competitive moving industry, it takes a bold marketing strategy to stand out from the crowd.

With their eye-catching purple and blue trucks and social campaigns, Roadway Moving has carved out a prominent place for itself across the country as a mover people know and trust. We've covered the details of Roadway's white-glove moving services in the past, and this time we sat down with the leading moving company's Founder and President Ross Sapir and Marketing Director Valerie Fiordaliso to learn about the strategy behind Roadway's branding and social media presence.

# Packing a Personality Punch

When he founded Roadway over fifteen years ago, Sapir knew that the company needed to distinguish itself from the competition off the bat.

"I set out to change the moving industry and how people view it," says Sapir. "First, we wanted to provide exceptional customer service. But I'm a marketer at heart, so branding was a critical component from the start."

Two of the main branding elements Sapir created early are Roadway's signature purple and blue imagery and the punchy taglines they use on their trucks.

"The purples and blues we chose are all based on color theory," explains Fiordaliso. "We wanted to ensure they were calming and soothing but also stood out."

Fiordaliso was brought on seven years ago to manage Roadway's marketing. Her time at the company dovetails with the explosion of social media, a sphere in which Roadway has been active since the beginning.

"We tapped into a space at a time when no one in transportation or storage was involved in it," recalls Fiordaliso. "As creators and influencers continue to elevate their profiles, we remain at the forefront of the moving industry, always seeking innovative marketing strategies to drive our business forward."

For example, the company partnered with popular influencer [@naraaziza](#) to document her [recent successful move](#).

## Powerful Partnerships

Roadway has also pursued partnerships with leading players in their spaces, associating itself with the best while generating additional content for social and beyond. Not only did Roadway become *The Real Deal*'s Official Moving and Storage Partner in 2024, but two years ago they became the Official Moving and Storage Partner of the New York Yankees.

"It's a great synergy," says Fiordaliso. "Roadway Moving delivers best-in-class service, making our partnership with the New York Yankees—another world-class organization—a perfect match."

In addition to their partnerships with the leading real estate magazine and the American League champs, Roadway serves as the official transportation partner for a number of charitable organizations across the country.

"Many people don't fully understand that when you have an event, it's very difficult with limited space in NYC and other cities and it's very expensive," explains Sapir. "With our long-standing partners, we're not only helping them transport items, but we're helping them with manpower and storage space."

## Professional Service with a Personal Touch, from Coast to Coast

Roadway's marketing and service are far from a one-size-fits-all solution; as the company expands into new markets, it takes into account local factors and adjusts its offerings accordingly.

"We look at what works in each market and we have to pivot as needed," says Fiordaliso. "We align with creators across the United States since we can move all over."

Last time TRD spoke with the Roadway team, they keyed us into the specifics of their emerging West Coast moving business. But no matter where your move begins or ends, Roadways's personalized service guarantees that every phase is handled with care and professionalism.

> "For us, it's about the experience," says Sapir. "When you move with Roadway you're going to get a personalized

# experience, from a move coordinator after you book to someone in touch checking in throughout the day."

For example, Roadway's innovative barcode system streamlines inventory management during long distance moves, while, for local moves, GPS tracking allows customers to check on the location of the truck that's bringing their items in real time. By combining advanced technology with personalized attention from Roadway team members, the company provides an unparalleled level of service from beginning to end.

"For us, it's about the experience," says Sapir. "When you move with Roadway you're going to get a personalized experience, from a move coordinator after you book to someone in touch checking in throughout the day."

It's why many real estate agents recommend that their clients use Roadway when moving to a new house (as we covered earlier this year, Roadway even has a referral program for agents that incentivizes referrals). Agents trust Roadway because of the company's hands-on approach and attention to detail, which begins when a client first makes contact with the movers and ends with a follow-up call after the last empty box has been carted away.

"We personalize it and want to make sure you have a stress-free, amazing move day," says Fiordaliso. "Our clients have peace of mind knowing they have their own account manager who they're coming to, making sure the client is being taken care of from start to finish with lots of touchpoints and interaction."

As Roadway continues to expand across the country, expect them to bring this same level of care and commitment to creative marketing to every market. As Sapir concludes, "We have big things on the horizon."

Learn more about The Roadway Platinum Referral Program here.



THE REAL DEAL >

MARKETS >

SECTIONS >

PRODUCTS & SERVICES >

LEGAL >

All rights reserved © 2026 The Real Deal is a registered Trademark of Korangy Publishing Inc.

450 West 31st Street, New York, NY 10001 Phone: 212-260-1332



# Press release

17 Jun 2025

# EY US announces winners for the Entrepreneur Of The Year® 2025 New York Award

Celebrating the bold leaders shaping the future through the world's most ground-breaking companies

Ernst & Young LLP (EY US) proudly announces the winners of the Entrepreneur Of The Year 2025 New York Award, honoring visionary leaders of high-growth companies driving innovation, growth and prosperity for future generations. The New York program celebrates entrepreneurs from New York and Connecticut. For 40 years, EY US has celebrated ambitious entrepreneurs who are transforming industries, impacting communities and creating long-term value.

Regional winners were selected by an independent panel of past winners, top CEOs and business leaders. Judges evaluated candidates on long-term value creation, entrepreneurial spirit, purpose-driven commitment, and significant growth and impact.

Entrepreneur Of The Year honors many different types of business leaders for their ingenuity, courage and entrepreneurial spirit. The program celebrates original founders who bootstrapped their business from inception or who raised outside capital to grow their company; transformational CEOs who infused innovation into an existing organization to catapult its

trajectory; and multigenerational family business leaders who reimagined a legacy business model to strengthen it for the future.

"The Entrepreneur Of The Year 2025 New York Award winners are trailblazers who redefine excellence and set new benchmarks in their industries," said Toni Clayton-Hine Entrepreneur Of The Year® New York Program Co-Director. "They set the standard for scaling businesses while prioritizing their employees, customers and communities."

The Entrepreneur Of The Year 2025 New York Award winners are:

**Drew Stein** | Audigent | New York, New York

**Shai Eisenman** | Bubble Beauty | New York, New York

**Rohit Kapoor** | EXL Service | New York, New York

**Jared Solomon** | Five Iron Golf | New York, New York

**Erich Haun** and **Josh Haun** | Haun Welding Supply | Syracuse, New York

**George Sivulka** | Hebbia | New York, New York

**Marta Bralic Kerns** | Pomelo Care | New York, New York

**Ross Sapir** | Roadway Moving | New York, New York

**Peter Kirk** | Sermo | New York, New York

**Joel Montaniel** | SevenRooms | New York, New York

**Karen Robinovitz** and **Sara Schiller** | Sloomoo Institute | New York, New York

**Dave Salvant** and **Songe LaRon** | Squire Technologies | New York, New York

**Glen Moller** | Upward Health | Hauppauge, New York

Learn more about the winners at **ey.com/en_us/entrepreneur-of-the-year-us/regional-programs**

These regional award winners will now move on to be considered for the Entrepreneur Of The Year National Awards, set to be presented in November at the annual **Strategic Growth Forum**$^{®}$, one of the nation's most prestigious gatherings of high-growth, market-leading companies. The Entrepreneur Of The Year National Overall Award winner will then represent the US as they compete for the EY World Entrepreneur Of The Year™ Award in May 2026.

Entrepreneur Of The Year Award winners become lifetime members of a global, multi-industry community of entrepreneurs. They receive exclusive, ongoing access to the experience, insight and wisdom of program alumni and other ecosystem members in more than 60 countries – all supported by vast EY resources.

## Sponsors

Founded and produced by Ernst & Young LLP, the Entrepreneur Of The Year Awards include presenting sponsors PNC Bank, Cresa, LLC, Marsh USA, and SAP. In New York, sponsors also include regional Platinum sponsor Donnelley Financial Solutions (DFIN), and regional Gold sponsors, ADP and DLA Piper.

## About Entrepreneur Of The Year

Founded in 1986, Entrepreneur Of The Year has celebrated more than 11,000 ambitious visionaries who are leading successful, dynamic businesses in the US, and it has since expanded to nearly 60 countries globally.

The US program consists of 17 regional programs whose panels of independent judges select the regional award winners every June. Those winners compete for national recognition at the **Strategic Growth Forum**® in November where National finalists and award winners are announced. The overall National winner represents the US at the EY World Entrepreneur Of The Year™ competition. Visit **ey.com/us/eoy**.

## About EY

EY is building a better working world by creating new value for clients, people, society and the planet, while building trust in capital markets.

Enabled by data, AI and advanced technology, EY teams help clients shape the future with confidence and develop answers for the most pressing issues of today and tomorrow.

EY teams work across a full spectrum of services in assurance, consulting, tax, strategy and transactions. Fueled by sector insights, a globally connected, multi-disciplinary network and diverse ecosystem partners, EY teams can provide services in more than 150 countries and territories.

All in to shape the future with confidence.

EY refers to the global organization, and may refer to one or more, of the member firms of Ernst & Young Global Limited, each of which is a separate legal entity. Ernst & Young Global Limited, a UK company limited by guarantee, does not provide services to clients. Information about how EY collects and uses personal data and a description of the rights individuals have under data protection legislation are available via ey.com/privacy. EY member firms do not practice law where prohibited by local laws. For more information about our organization, please visit **ey.com**.

EY refers to the global organization, and may refer to one or more, of the member firms of Ernst & Young Global Limited, each of which is a separate legal entity. Ernst & Young Global Limited, a UK company limited by guarantee, does not provide services to clients.