# Exhibit 8

A- | A | A+

## Entity Information

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | Roadway Movers LLC | Entity ID: | 11731842 |
| Entity Type: | Limited Liability Company | Entity Status: | **Active** |
| Series LLC: | No | Reason for Status: | Active |
| Formation Date: | 08/09/2024 | Status Date: | 08/09/2024 |
| VA Qualification Date: | 08/09/2024 | Period of Duration: | Perpetual |
| Industry Code: | 0 - General | Annual Report Due Date: | N/A |
| Jurisdiction: | VA | Charter Fee: | N/A |
| Registration Fee Due Date: | 08/31/2026 | | |

### Registered Agent Information

| | | | |
|---|---|---|---|
| RA Type: | Individual | Locality: | PRINCE WILLIAM COUNTY |

RA Qualification: Member or Manager of

Company
Name: vikas sharma

Registered Office 13066 Thrift Ln,
Address: Woodbridge, VA, 22193
- 6107, USA

## Principal Office Address

Address: 13066 Thrift Ln,
Woodbridge, VA, 22193
- 6107, USA

Filing History    RA History    Name History    Previous Registrations

Protected Series    Garnishment Designees    Image Request

Back    Return to Search    Return to Results

Back to Login