# Exhibit 9





# Nationwide Auto Transport

**Welcome to Roadway Movers LLC – your premier choice for exceptional auto hauling services in the U**

Our Services



# Insured Transports

## Hassle Free Transports

FAST & RELIABLE & NATIONWIDE

ENCLOSED CONTAINERS ➔

## What People Say

*The Easy Way To Buy A Used Car From Ohio With Roadway Movers! They didn't have any issues and communicated well. Getting the Vehicle to California. The Customer I was really happy with the assistance I got and how easy it was for me to complete this transaction.*

**By John Doe**

*I am quite impressed with how quickly my automobile was delivered! They insisted that they would do their best even if the road was dead after I tried another firm. But in less than a day, Roadway Movers was able to find a driver! I've already told a friend of mine who is moving shortly about them.*

**By Robert**

*Excellent Organization Overa... constantly rescheduling the pi... because my technician kept ... conflicting estimates for when ... be finished. Throughout this p... agent was incredibly patient wi... my car sent from New York to Fl... days. Was quite surpris...*

**By James Will**

# Get A Quote

**Transport FROM**

Enter Zip code /City

**Transport TO**

Enter Zip code /City

**Carrier**

Open Truck(Most Common) ▾

**Name**

Your Name

**Email**

Your Email

**Mobile Number**

Your Mobile Number

☐ By checking this box you agree to receive text messages from roadway Movers llc . Read Privacy policy for more.

☐ If you wish to stop receiving updates from our end, click here or reply "STOP" to any SMS message.

Send

# We Can Transport
# ANY Type of Vehicle



**FLATBED TRAILERS**



**ENCLOSED TRAILERS**



OPEN TRAILERS



HEAVY VEHICLES



**BOAT SHIPPING**



**BIKE/RTV/ATV SHIPPING**

# We are into Lead
# Auto Transport Services Company

Roadway Movers provides the greatest services at the lowest prices on the market. There are a lot of brokers out there, as anyone in the vehicle shipping business would attest to. What distinguishes Roadway Movers, then? Why don't we just exist as "another broker"? The explanation is straightforward: because we value our customers, we go above and above to provide them with the finest service at the best cost. We are not in this industry for the short term; rather, we are here to stay. We exclusively collaborate with the best carriers in the market because of this. We're here to help with all of your inquiries, no matter how big or small, because of

this. You may be sure that you're getting the greatest service at the finest cost when you ship with us. So, why do you hesitate? Reach out to us right now to see what sets us apart!

About Us



3+ Years
of Experience



# Any Questions Ask Us

Contact

We transport any vehicle all across USA with best fares and shipment time.

📞 + (571) 547-2845

# Why Choose **Roadway Movers** ?

## Reliable And Cost-Effective

Are you searching for reliable and cost-effective auto transportation solutions? Look no further! At Roadway Movers LLC, we specialize in delivering top-notch auto hauling services tailored to meet all your vehicle transportation needs.

**4000 +**

Customers Satisfied

**3 +**

Years of Experience



## Same Day Deliveries

Our flexible solutions cater to your specific requirements, whether it's same-day service, scheduled deliveries, or on-demand transportation. From luxury cars to everyday vehicles, we guarantee that your automobiles will reach their destination in pristine condition and on time.



## Dedicated Advisors For Personalized Help

Whether you need to transport a single car or multiple vehicles, our team ensures that your automobiles are handled with the utmost care and precision. With Roadway Movers LLC, you can trust that your vehicles will be transported safely and efficiently to any destination across the country.



## Frequently Asked Questions



**Can I store personal belongings in my car?** ▲

Personal belongings up to 100 pounds may be packed in a box or one piece of luggage to be transported in the car's trunk.

**Is my car covered for transportation?** ▼

**What time will the car be picked up?** ▼

**When may I expect the delivery of my car?** ▼

**Is it possible to track a car online?** ▼








## Choose Roadway Movers LLC for dependable, professional, and dedicated auto hauling services. Your satisfaction is our top priority.

Get In Touch



## Quick Link

Home

About Us

Services

Contact Us

## Our Services

Open Trailer Freight

Enclosed Trailer Freight

Flatbed Trailers

Bike/ATV/RTV Shipping

Heavy Vehicles Shipping

Boat Shipping

## Customer Care

Woodbridge VA-22193

+(571) 547-2845

Support@roadwaymovers.info

Disclaimer: The images of equipment displayed are for general reference only and do not guarantee the use of specific vehicles. Roadway Movers LLC operates as a brokerage, collaborating with a carefully selected group of contracted drivers. If you wish to see pictures of the equipment assigned to your particular transport, please request them directly from your Roadway Movers LLC representative.

©2024 Roadway Movers