# Exhibit 10





## About Us

# Who We Are ?

In the auto transport industry, you'll find many brokers, but what sets Roadway Movers LLC apart? The answer is straightforward: we genuinely care about our clients and are committed to providing exceptional service at the most competitive rates. We're not here for a quick profit; our goal is to build lasting relationships and ensure your complete satisfaction.

We achieve this by partnering exclusively with top-rated carriers and maintaining a high standard of service. Our team is always available to address any questions or concerns, no matter how big or small. When you choose Roadway Movers LLC, you can be confident that you're receiving the best service and value. Don't settle for less—contact us today and experience the difference for yourself!



Roadway Movers

# Contact US

Unlock the best rates for your shipping needs without sacrificing quality or reliability. At Roadway Movers LLC, we deliver exceptional value with top-tier service, ensuring you get the most competitive prices without compromising on excellence. Discover how we can meet your auto hauling needs efficiently and affordably today!

Read More



# 3+ Years of Experience



# 4000 + Customers Satisfied

## WHY & Chose Us

- Low & Affordable Pricing
- Insured Carriers for your Peace of Mind
- Large Network of Top Rated Carriers
- Door-to-Door Hassle-Free Shipping
- Dedicated Agent
- Free No-Obligation Quote





## Quick Link

Home

About Us

## Our Services

Open Trailer Freight

Enclosed Trailer Freight

Flatbed Trailers

Bike/ATV/RTV Shipping

Heavy Vehicles Shipping

Boat Shipping

## Customer Care

Woodbridge VA-22193

+(571) 547-2845

Support@roadwaymovers.info

Disclaimer: The images of equipment displayed are for general reference only and do not guarantee the use of specific vehicles. Roadway Movers LLC operates as a brokerage, collaborating with a carefully selected group of contracted drivers. If you wish to see pictures of the equipment assigned to your particular transport, please request them directly from your Roadway Movers LLC representative.

©2024 Roadway Movers

Privacy Policy     Terms & Conditions