# Exhibit 12



**BUSINESS PROFILE**

⦃ **Share**

Trailer Equipment

# Roadway Movers LLC

---

⚠ This business is **NOT BBB Accredited.**

Find BBB Accredited Businesses in Trailer Equipment.

---

▣ Visit Website          ☎ (571) 547-2845

★ Write a Review

---

MAIN     REVIEWS     COMPLAINTS

---

Overview     **BBB Accreditation & Rating**     Business Details     Industry Tip     Latest Reviews     More

◄ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ ►

## Overview

**Roadway Movers LLC**
13066 Thrift Ln
Woodbridge, VA 22193-6107

## BBB Accreditation & Rating



**Roadway Movers LLC is NOT a BBB Accredited Business.**

To become accredited, a business must agree to **BBB Standards for Trust** and pass BBB's vetting process.

 **Why choose a BBB Accredited Business?**

## BBB Rating

# F

Reasons for rating

- Failure to respond to 7 complaint(s) filed against business
- 12 complaint(s) filed against business

More Information

 **How are BBB ratings calculated?**

Join Trusted Businesses

**Become BBB Accredited**

## About This Business

**Years in Business:** 1

## Business Details

**Local BBB:** BBB serving Metro Washington DC, Metro Philadelphia & Eastern Pennsylvania

**BBB File Opened:** 7/31/2025

**Business Started:** 8/9/2024

**Type of Entity:** Limited Liability Company (LLC)

**Business Management:**
Mr. Vikas Sharma, Owner
Additional Contact Information

**Principal Contacts**
Mr. Vikas Sharma, Owner

**Customer Contacts**

Mr. Vikas Sharma, Owner

**Additional Email Addresses**

Sales: [Email this Business](#)

Technical Support: [Email this Business](#)

Customer Service: [Email this Business](#)

## Additional Information

**Business Categories**

[Trailer Equipment](#)

# Latest Reviews

### 👤 Gerson R

"this is Scam an d y make call to police to report this company they ask me for deposit of $200 via Zelle, in 7 days they were not able to pick my car and ending paying $400 of parking they never pick my car ." ... [Read full review](#)

### 👤 Kenneth A

"Fraud Fraud through bait and switch. They could not provide the service in the contract and kept my deposit." ... [Read full review](#)

### 👤 Trabuco C

"I used ▓▓▓▓▓ at Roadway Movers for shipping the car of mine. I was very satisfied with my car transport experience with him." ... [Read full review](#)

[ View all Reviews ]

BBB Business Profiles are provided solely to assist you in exercising your own best judgment. BBB does not verify the accuracy of information provided by third parties, and does not guarantee the accuracy of any information in Business Profiles. As a matter of policy, BBB does not endorse any product, service, or business. Businesses are under no obligation to seek BBB accreditation, and some businesses are not accredited because they have not sought BBB accreditation.

When considering complaint information, please consider the company's size and volume of transactions. Note that the nature of complaints and a company's responses to them are often more important than the number of complaints. BBB Business Profiles generally cover a three-year reporting period.

© 2026 BBB, Inc. All rights reserved. All trademarks are property of BBB, Inc.