# Exhibit 13



**BUSINESS PROFILE**                                    ◁ **Share**

Trailer Equipment

# Roadway Movers LLC

---

⚠ This business is **NOT** <u>**BBB Accredited.**</u>

Find BBB Accredited Businesses in <u>Trailer Equipment.</u>

---

MAIN    REVIEWS    **COMPLAINTS**

---

## Complaints

**Customer Complaints Summary**                **If you've experienced an issue**

📁 12 total complaints in the last 3 years.        ┌─────────────────────────┐
                                                   │   **Submit a Complaint**  │
✓ 12 complaints closed in the last 12 months.      └─────────────────────────┘

The complaint text that is displayed might not represent all complaints filed with BBB. Some consumers may elect to not publish the details of their complaints, some complaints may not meet BBB's standards for publication, or BBB may display a portion of complaints when a high volume is received for a particular business.

---

👤 **Initial Complaint**

**Date:** 01/27/2026                                **Type:** 🛒 Product Issues

                                                    **Status:**  <u>Unanswered</u>

I hired this company transport to pieces of equipment from ▓▓▓▓▓ to ▓▓▓▓▓. They took a deposit and told me that they would have the stuff picked up within a week or so. I

waited for almost a month of them telling me that they would be there the next day to pick it up. The equipment seller started charging me storage fees because it had been there for too long. I had to hire another company to pick up the equipment and deliver it and they said they would give me a refund and now they just don't answer my calls and will not call me back.

## 👤 Initial Complaint

**Date:** 12/03/2025

**Type:** 🟧 Order Issues

**Status:** ✂️ <u>Unanswered</u>

I was quoted a total price of $470, with a deposit of $120. I paid a deposit of $120 and signed a contract for my car to be picked up on that Monday and delivered that Wednesday on that Monday. I was told that the drivers mother got ill and they not deliver my car I requested for my deposit to be sent back via the contract saying that if the employer canceled then 50% of deposit would be sent back and the company refuse to send my deposit back

## 👤 Initial Complaint

**Date:** 12/01/2025

**Type:** 🟦 Sales and Advertising Issues

**Status:** ✂️ <u>Unanswered</u>

I am filing a formal complaint against Roadway Movers LLC regarding a vehicle transport service scheduled for November 1, 2025. I signed a contract on October 29th for a total of $800.00: $200 payable immediately and $600 payable to the driver upon delivery. I got quotes from 4 transporter services, and their price was aligned with the market, so it seemed legit.On October 29th, I requested updated pricing for transport of my vehicle + a set of 4 wheels, which they agreed to do for a total of 875$ (200$ immediate, 675$ to driver)On October 31, 2025, I received a call stating that the assigned driver had broken his axle. I cannot confirm the validity of the claim, but this doesn't appear to be true based on other behaviors exhibited by Roadway movers and other lies. Despite the signed contract, I was told I had to pay significantly more. Under pressure, I agreed to pay $800 to the driver, totaling $1,000 (I have the amended contract).A few hours later, they called again, requesting $875 for the driver. I was frustrated and told their manager I had lost trust in their services and was worried they'd call again to request yet another higher amount. I expressed how frustrating this was. I have emails and text exchanges and a voice recording of the conversation (available upon request). The manager ( ▓▓▓▓▓▓ ) assured me that if the driver requested more, Roadway Movers would cover it. An amended contract was not signed. I was put in touch LAST MINUTE with the driver -only a few hours before vehicle pick-up. Vehicle was picked up on 11/1/2025. On delivery, driver requested 900$ cash - which I was forced to pay. I requested a refund to RoadWay movers due to driver requesting more than agreed for. They never replied. I believe this constitutes price

gouging and unethical business practices.Please investigate this matter and have them reimburse me,I also noticed a rock chip (post delivery) not present at vehicle pick-up. Both driver and Roadway Movers ignored.

## 👤 Initial Complaint

**Date:** 10/01/2025

**Type:** 🛠 Service or Repair Issues

**Status:** 💬 Answered

I was initially supposed to have my car picked up on the 25th before leaving for ▓▓▓▓ from ▓▓▓▓. 25th turned into the 26th of the day I was leaving at 2pm, that changed to 6pm and I had to call them. Now the ▓▓▓▓ tells me it'll be at 8pm,I explained to him I could not wait I have to get on the road. Then he tells me the driver is stuck in ▓▓▓▓. ▓▓▓▓ is almost 5 hours from ▓▓▓▓. I asked why didn't he communicate that with me? Now he asks me to leave my key in the car, I told him that was a NO. So I left my car with my friend on the 26th of September. DAYS are going by and I'm getting nothing, so I asked for a refund, and suddenly the driver is close by. I already told the ▓▓▓▓ I'm done, I'm going another route, the communication level is terrible and I could have understood had he not gave me a specific day then went over it 4 days.

### 👤 Business Response

**Date:** 10/10/2025

We appreciate the opportunity to respond to this matter.
The customer scheduled a vehicle pickup with our company for September 25, 2025. A carrier was assigned, and the pickup was confirmed. On the day of pickup, the assigned driver experienced unexpected delays due to location and route scheduling issues near ▓▓▓▓, ▓▓▓▓. Our team maintained contact with the customer and provided updated estimated pickup times as soon as information was available from the carrier.
We understand the customers frustration with the delay and fully respect their decision not to leave the vehicle unattended or with keys inside. Because the customer decided to use another company before our assigned driver could complete the pickup, the original order was canceled.
We would like to clarify that we never failed to communicate intentionally; our team provided updates based on carrier reports. Auto transport scheduling can occasionally fluctuate due to traffic, driver logistics, or last-minute changes in prior deliveries.
Resolution:
Since the vehicle was not transported, we have initiated the process to refund the customers deposit in accordance with our cancellation and dispatch policy. We regret the inconvenience caused and will continue to improve real-time communication with customers in similar situations.
We appreciate the customer bringing this matter to our attention and remain committed to resolving it professionally.
Sincerely,

Roadway Movers LLC

## 👤 Initial Complaint

**Date:** 09/26/2025          **Type:** 💲 Billing Issues

**Status:** 💬 [Answered](#)

In response to an online search for Auto Transport carriers, I was sent information from Roadway Movers LLC. In a long discussion on a phone call with a representative in which I identified my need to have a salvage auto picked up in ████████ and delivered to my home in ████████, the representative was very knowledgeable concerning auto auction yard pick up appointments and procedures. The call was on a Friday and the car needed to be picked up on Monday. The representative indicate there was no problem, told me I could sign a contract and provide credit card info for a $150 deposit and that I would be contacted by the driver the day before the pickup? I signed and was charged the deposit. No call ever came through the middle of the week, Roadway movers never answered their provided telephone number over several days. I independently found the ████████ owner telephone number, told the owner what had transpired and that they had failed to meet their promise and coordinated vehicle pick up, that I was cancelling the transport and asked for my deposit back as they breeched the trust placed in them. Not only did they not return my deposit, but they also charged my credit card incremental payments in amounts of $150 and $200 after I initiated bank action to dispute further charges for no service provided and deposit.

## 🧑‍💼 Business Response

**Date:** 10/10/2025

We appreciate the opportunity to respond to this complaint.
The customer contacted our company to arrange transport for a vehicle purchased from an auto auction yard in ████████ to ████████. Our representative explained the process and requirements for salvage-yard pickups, and a $150 deposit was collected to begin the dispatch process.
After booking, our team attempted to schedule a carrier for the requested Monday pickup; however, due to auction-yard scheduling restrictions and short notice, no driver was immediately available. The customer later chose to cancel the order.
We would like to clarify the following:
Only authorized payments were processed in accordance with the signed agreement and dispatch process.
Our records show that the customers credit card dispute was filed after cancellation. Once a chargeback has been initiated, funds are frozen and handled by the bank or processor, and we are not permitted to issue any additional refunds directly.
Communication was attempted via phone and email throughout this process, and at no time did our company intend to mislead or withhold information.
Resolution:
Since the customer has already initiated a chargeback, the matter is now under review with the card issuer. We will fully cooperate with the financial institutions investigation and abide

by their final resolution.
We sincerely regret any inconvenience this situation caused and will continue improving our customer communication and scheduling systems to avoid such misunderstandings in the future.
Sincerely,



Roadway Movers LLC

## Initial Complaint

**Date:** 09/09/2025

**Type:** 📦 Order Issues

**Status:** 💬 Answered

This Merchant quoted $200 on Thursday August 21st 2025, to help transport a car I purchased from auction ████████, ████████ to my home in ████████, ████████. I agreed to to the quote and had me sign a contract that I will pay $100 down payment and the remaining $100 once the car is delivered. I paid them the $100 with my credit card. Then this merchant came back on Friday August 22nd 2025, to tell me that they could not find a driver to transport the car unless I pay them $500, instead of the agreed upon $200. I refused and ask them to terminated the contract, them one of their representative called me and asked if I will pay $300 instead of the $200. I insisted for them to terminated the agreement since I could not trust them anymore. They now agree to refund the $100 I paid and they still have not. This merchant is untrustworthy and dangerous to the public at large. They try to ptake advantage of the fact I will pay storage fee at the auction if I did not transport the car on time. I ended up finding some one else that transported the car for $200.

### Customer Answer

**Date:** 09/10/2025

I have just attached the contract they sent me which I terminated in writing after their quote change

### Business Response

**Date:** 09/25/2025

Dear BBB Dispute Resolution Team,

We appreciate the opportunity to respond to this matter.

On August 21, 2025, our team provided Mr. ████████ with a quoted price of $200 for the transport of his vehicle. A $100 deposit was collected under a written contract signed by the customer, with the balance due at delivery.

As outlined in the signed agreement, auto transport pricing is subject to change based on

carrier acceptance and live market conditions. When we attempted to dispatch the vehicle, no carriers were available to accept the original quoted price. As a result, we contacted the customer to explain the updated market rate that carriers were requesting.

We fully understand Mr. ███████ frustration and respect his decision to cancel. Once he requested termination, we confirmed that the contract was canceled and agreed to refund his $100 deposit. We sincerely apologize for the delay in processing this refund and are ensuring that it is issued without further delay.

Please note that at no point was there any intent to mislead the customer. Auto transport pricing is dynamic and based on live market conditions. We regret the inconvenience this caused and are taking additional steps internally to ensure that customers are updated more clearly and quickly if pricing fluctuations occur.

We value our reputation and our customers trust, and we are committed to preventing similar situations in the future.
Sincerely,
███████

Roadway Movers LLC

## 👤 Customer Answer

**Date:** 10/08/2025

This complain has not been resolved; please do not delete. See the attached screen shot. I opened a dispute through my ███████ and it is still under ███████ tried to defraud me and I am sure they will do it to others

## 👤 Customer Answer

**Date:** 10/08/2025

The issue is still under review since I filed a dispute with my ███████ Please do not Close my complain. This company tried to defraud me and I am sure they will do it to others

## 👤 Initial Complaint

**Date:** 09/08/2025          **Type:** 🚚 Delivery Issues

                             **Status:** 💬 Answered

We are shipping a car to our daughter in college. This business was great and timely, until they received my $200 deposit. No further communications. I tried to call them to obtain next steps, and nothing.

## 👤 Customer Answer

**Date:** 09/25/2025

They in fact did scam us.  Never picked up the car.  Then when they contacted me 48 hours later, they said the truck was in a wreck, and if I wanted to cancel the pick up.  I said I am not signing anything, because I didn't cancel.  I wanted my $200 deposit back because they failed to hold up their end of the contract.  They were like, "oh, if you sign the cancellation, we will give you half of the deposit back.".  I said absolutely not! I want it all back because you didn't hold up the contract.  They were like, we are still going to pick up the car.  I said when is the driver going to be here?  No further response.

## 🧑‍💼 Business Response

**Date:** 09/25/2025

Dear BBB Dispute Resolution Team,
Ms. ▨▨▨▨ booked a shipment with us and paid a $200 deposit. A driver was not available on the exact date she requested, but shortly after we secured one for the following day and updated her. She then informed us she would use another company. Following her cancellation, we promptly sent her an email explaining the refund process. Because dispatcher fees had already been paid, our contract and cancellation policy provide for a 50% refund of the deposit. We requested confirmation to proceed with this refund. To date, we have not received her reply. For verification, we have attached a screenshot of the cancellation/refund email that was sent.
We would like to emphasize that we did not stop communicating. We provided shipment updates and followed up with a cancellation email outlining the refund terms.
Important Note: After all of this, Ms. ▨▨▨▨ also raised a chargeback dispute with her credit card company. As such, the refund can now only be processed through the chargeback resolution process. We are fully cooperating with the card processor and will abide by their final decision.
Resolution:
We remain ready to honor the 50% refund as outlined in our policy, but since a chargeback has already been filed, the matter will now be resolved through that channel.
Sincerely,
▨▨▨▨

Roadway Movers LLC

## 👤 Customer Answer

**Date:** 10/06/2025

They did not pick up the car and did not refund the deposit. They are a scam.

## 👤 Initial Complaint

**Date:** 09/05/2025

**Type:** 🔧 Service or Repair Issues

**Status:** 🔧 <u>Unanswered</u>

On Nov 27,  I signed a contract and made a $200 deposit for vehicle transport. On Nov 29, 2025 I cancelled the transport, within the cancellation time period and even after several emails, calls, text, they never refunded my deposit. The sales ▓▓▓ told me it was in process, but it never came through. Now Sep 3 and Sep 4, 2025 I have received two $200 charges from this company without being in contact with them.

## 👤 Initial Complaint

**Date:** 08/28/2025

**Type:** 🅰️ Sales and Advertising Issues

**Status:** 🟡 <u>Unresolved</u>

Booked the shipment of my motorcycle of June 15th. They asked for $275 deposit and rest after the delivery, Not my knowing they took $200 two times on different occasions. Bike ws never picked up on the August 27th. ▓▓▓ just kept giving me some bogus answers like driver is coming between 3-4 PM. Never gave me drivers number. Their office phone always goes to voicemail.I left numerous voicemails and sent emails. Now ▓▓▓ dont even respond ▓▓▓ its time to get a refund. These people are criminals and they need to be arrested. They messed up all my plans that i had in ▓▓▓. I had to arrange another shipemnt and pay again with someone else. Something needs to be done and these people need to be arrested. They dont even have a regular phone number. Its like a ▓▓▓ Bad jsust bad.

### 💼 Business Response

**Date:** 09/25/2025

Dear BBB Dispute Resolution Team,

We respectfully submit the following response regarding this complaint.

The customer booked transport for his motorcycle with a deposit of $275 on June 15, 2025. A driver was assigned to this shipment, and pickup was scheduled. On the scheduled date, the driver experienced delays, which we communicated. Unfortunately, the customer attempted to reach our agent, ▓▓▓, on a Sunday, when our office was closed. As such, his call went unanswered. Our team did follow up with return calls and emails, but the customer did not respond.

We would like to clarify several important points:

Only the authorized deposit was charged.

We do not charge unauthorized duplicate amounts, and we are happy to provide transaction records if necessary.
A carrier was assigned for pickup; there was no intent to mislead or provide bogus information.
Auto transport timing is subject to delays beyond our direct control.
We acknowledge the customers frustration and regret that the shipment did not proceed as expected.

Please note, at no point was there intent to deceive or take advantage of the customer. We operate in accordance with written agreements signed by our clients, which outline that market conditions and scheduling can cause delays.
We value our reputation and take complaints seriously. We remain committed to working with Mr. ████████ to resolve this matter fairly.
Sincerely,
████████

Roadway Movers LLC

 ## Customer Answer

**Date:** 09/27/2025

**[To assist us in bringing this matter to a close, you must give us a reason why you are rejecting the response. If no reason is received your complaint will be closed as Answered]**

 Complaint: 23810544

I am rejecting this response because the statements made by Mr. ████████ are false. Please see the attached proof showing that the company withdrew the full amount from my account when they were only authorized to take $275. Contract is attached.
I have included records of multiple emails, text messages, and calls that were never returned. Despite booking this move two months in advance, there was no proper communication. The driver was supposed to arrive around 3:00 PM in ████████, but ████████ told me the driver was in ████████ two-day drive away. When I contacted the carrier company they supposedly hired, they confirmed that they had no record of any order from Roadway Movers.
It has now been over a month, and I have still not received my refund. This is unacceptable. Roadway Movers actions forced me to hire another company at additional cost, and I lost thousands of dollars in trip expenses and plans.
This matter needs to be reported immediately. Please review the attached documentation which confirms everything stated here.


Regards,

████████

## Initial Complaint

**Date:** 08/24/2025

**Type:** 🛒 Product Issues

**Status:**  <u>Unanswered</u>

3/25/25 entered signed contract with Roadway/████████ for golf cart transportation 4/16/25 from ████████,fl to ████████, in.4/15 carts ready no pre-call by driver, as advised would happen. I left message at 1:45pm no call back.4/16 nothing, placed 6 call messages inquiring no return call. At 3:27pm finally get call saying it will be late ████████ 4:04pm receive call now saying it will be 9am tomorrow. I advise must happen as I have to get back to ████████ 4/17 nothing. Another 6 messages to numerous numbers no calls back.11:06 got call saying almost in office will advise asap. 12:11 got call advising it will now be tomorrow. Advised I cant be here must leave. They say in order to pick up owner has to be present. I advised to cancel the order. They gave me credit for future pick up at same rate.7/14 request for new pick up sent. Received message back from ████████ with new higher rate. Advised cant do that rates should be same as previous contract or cancel for refund. Since then over 29 messages left,and emails sent no response whatsoever. Very poor ████████ and company ethics.

**1**    2    Next ▶

🏵️

### Roadway Movers LLC is NOT a BBB Accredited Business.

To become accredited, a business must agree to **BBB Standards for Trust** and pass BBB's vetting process.

🤝 **Why choose a BBB Accredited Business?**

BBB Business Profiles are provided solely to assist you in exercising your own best judgment. BBB does not verify the accuracy of information provided by third parties, and does not guarantee the accuracy of any information in Business Profiles. As a matter of policy, BBB does not endorse any product, service, or business. Businesses are under no obligation to seek BBB accreditation, and some businesses are not accredited because they have not sought BBB accreditation.

When considering complaint information, please consider the company's size and volume of transactions. Note that the nature of complaints and a company's responses to them are often more important than the number of complaints. BBB Business Profiles generally cover a three-year reporting period.

© 2026 BBB, Inc. All rights reserved. All trademarks are property of BBB, Inc.