# Exhibit 14



## BUSINESS PROFILE

<span>Share</span>

Trailer Equipment

# Roadway Movers LLC

This business is **NOT BBB Accredited.**

Find BBB Accredited Businesses in Trailer Equipment.

MAIN   **REVIEWS**   COMPLAINTS

# Reviews

**Customer Review Ratings**

 2.88

Average of 17 Customer Reviews

**Want to share your experience?**

Leave a Review

**Review Details**

Sort by    Most recent ⌄

 **Gerson R**

**Date:** 06/16/2026



this is Scam an d y make call to police to report this company they ask me for deposit of $200 via Zelle, in 7 days they were not able to pick my car and ending paying $400 of parking they never pick my car .this is Scammmmm dont waste you money I'll call to police to report this people

### Kenneth A

**Date:** 06/12/2026



Fraud Fraud through bait and switch. They could not provide the service in the contract and kept my deposit. Do not even consider doing business with this House of Fraud

### Trabuco C

**Date:** 04/02/2026



I used ████████ at Roadway Movers for shipping the car of mine. I was very satisfied with my car transport experience with him. he was very honest about the trucking company we chose and his opinion. He communicated every step of the way and I got a good price. The trucking company delivered our vehicle in the time frame promised and all went well!

### Bill S

**Date:** 04/02/2026



I looked for a long time and found Roadway Movers. ████████ made the process so easy and he kept me informed all along the way so if I ever have to ship another car I'll definitely use Roadway Movers and hopefully I will get ████████ to take care of things for me.

### Michael K

**Date:** 04/01/2026



████████ was extremely communicative and worked through a few issues with me. I was nervous because this industry is filled with scammers, but thankfully Sonic and ████████ proved there are some good guys left.

### Thomas W

**Date:** 04/01/2026

⭐⭐⭐⭐⭐

 was great to work with kept us up to date translation was very smooth no problems. And the shipper was great. Priced fairly would use again

### Samaksh G

**Date:** 03/24/2026

⭐⭐⭐⭐⭐

Very good service provided by them at affordable rates as i have towed my vehicle from  To

### Tyler J

**Date:** 03/23/2026

⭐⭐⭐⭐⭐

It was best working with Roadway Movers as  was very helpful and helped me in every situation

### Martin H

**Date:** 03/23/2026

⭐⭐⭐⭐⭐

I called  with a bunch of questions and not only did he handle everything I asked but he was inputting my order at the same time!!! The  I have him also had an error (I used an O when it should have been a 0) but he caught it and got it straightened out!! Then I realized I provided an incorrect pick-up address which  handled again, getting the correction to the truck driver in time to avoid any delay. Then he followed up to make sure everything went well. What more could I have asked for?? It was a great experience, in the future I would never go anywhere else!

 **Adam M**

**Date:** 01/08/2026



service was outstanding from the start. He gave me a clear breakdown of the process and helped me understand how everything works. His communication was professional and timely, and he always followed through. The transport went smoothly with no surprises. is truly excellent at what he does.

**1** **2** Next ▶



## Roadway Movers LLC is NOT a BBB Accredited Business.

To become accredited, a business must agree to **BBB Standards for Trust** and pass BBB's vetting process.

 **Why choose a BBB Accredited Business?**

BBB Business Profiles are provided solely to assist you in exercising your own best judgment. BBB does not verify the accuracy of information provided by third parties, and does not guarantee the accuracy of any information in Business Profiles. As a matter of policy, BBB does not endorse any product, service, or business. Businesses are under no obligation to seek BBB accreditation, and some businesses are not accredited because they have not sought BBB accreditation.

When considering complaint information, please consider the company's size and volume of transactions. Note that the nature of complaints and a company's responses to them are often more important than the number of complaints. BBB Business Profiles generally cover a three-year reporting period.

© 2026 BBB, Inc. All rights reserved. All trademarks are property of BBB, Inc.