# Exhibit 15



February 16, 2026

Roadway Movers LLC
13066 Thrift Lane
Woodbridge, VA 22193-6107

Re: Cease and Desist of Unauthorized Use of the ROADWAY MOVERS Name / False
    Designation of Origin – Trademark Infringement and Consumer Confusion

To Whom It May Concern,

This letter is sent on behalf of Roadway Movers Inc., d/b/a Roadway Moving Inc. ("Roadway"),
a nationally recognized moving and storage company in connection with your company,
Roadway Movers LLC's (the "Infringing Company") use of Roadway's trademark and
confusingly similar designations.

Roadway has continuously operated under the Roadway Moving (the "Trademark") name for
many years and has developed substantial goodwill, reputation, and consumer recognition of its
Trademark in the moving and storage industry through long standing and exclusive use. These
rights have been recognized and enforced under common law trademark principles, unfair
competition law, and false designation of origin doctrines, including in *Roadway Moving and
Storage Inc. v. Roadway Movers LLC,* Case No. 1:18 cv 04169, where the Southern District of
New York issued an injunction against another moving company's improper attempt to use the
Roadway Trademark, or any name confusingly similar thereto, because of the likelihood of
consumer confusion.

Your Infringing Company's conduct has come to Roadway's attention as a direct result of
consumer complaints made to Roadway by individuals who were deliberately misled to believe
they had hired Roadway but later learned that they had instead engaged the Infringing Company.
These consumers complained to Roadway regarding poor service, believing that Roadway had
engaged in a bait and switch and failed to live up to its established reputation for quality moving
services.

The Infringing Company uses the Trademark to capitalize on the goodwill reputation ratings and
consumer recognition associated with Roadway in order to attract consumers seeking Roadway's
moving services while operating as a broker and or offering vehicle shipping and auto transport
services. This conduct creates a false impression of affiliation and has resulted in actual
consumer confusion.



Your intentional and continued use of the Trademark or any other name or designation that is confusingly similar to it constitutes false designation of origin passing off and unfair competition and is likely to cause and has caused consumer confusion as to affiliation endorsement or source.

By way of example and without limitation this unauthorized use appears in the following locations all of which must be removed

Better Business Bureau business profile for Roadway Movers LLC
https://www.bbb.org/us/va/woodbridge/profile/trailer-equipment/roadway-movers-llc-0241-236097415

TransportReviews.com business listing and associated reviews for Roadway Movers
https://www.transportreviews.com/Company/Roadway-Movers

Website operating at
https://roadwaymovers.us

Roadway has received multiple consumer complaints confirming actual confusion including complaints from individuals who believed they were contacting Roadway and later complained directly to Roadway about services that did not meet Roadway's reputation. This confusion has caused reputational harm and customer dissatisfaction attributable to the continued use of the Trademark.

As noted above, Roadway has previously and successfully taken legal action to stop substantially identical conduct involving misuse of the Roadway name and intentional creation of consumer confusion and is prepared to do so again if necessary.

Accordingly, Roadway demands that the Infringing Company:

1. Immediately cease and desist from using the Trademark, including the names Roadway Movers, Roadway, Roadway Moving, or any other name or designation that is confusingly similar thereto
2. Remove or cause to be removed all online listings advertisements profiles websites domain names URLs and marketing materials using the Trademarks name including but not limited to the listings and website identified above
3. Cease any representations express or implied suggesting that the Infringing Company provides moving services or is affiliated with endorsed by or connected to Roadway
4. Provide written confirmation within fourteen 14 days of receipt of this letter that full compliance has occurred
5. These demands apply to the identified listings and website as well as any other current or future use of the Trademark or any name or designation likely to cause confusion with Roadway's business, reputation, or goodwill.
6. If the Infringing Company fails to comply Roadway will pursue all available legal remedies without further notice including injunctive relief monetary damages



disgorgement of profits, attorneys' fees and claims against the owner and controlling individual Vikas Sharma arising from willful and knowing misconduct.

Roadway will also notify Google lead providers and other third-party advertising and referral platforms of the misleading use of the Trademark and will seek removal suspension and other appropriate remedial action.

All rights are expressly reserved.

Sincerely,

John P. Guella, Esq
General Counsel
John.g@roadwaymoving.com
Roadway Movers Inc.
d/b/a Roadway Moving Inc.

cc: Ross Sapir, President
    Gino Kuo, SVP of Marketing
    Aaron J. Solomon, Esq. OVED & OVED LLP