# Exhibit 16

| | |
|---|---|
| **From:** | John Guella, Esq. <john.g@roadwaymoving.com> |
| **Sent:** | Tuesday, March 31, 2026 3:01 PM |
| **To:** | Support@roadwaymovers.info |
| **Subject:** | RE: Cease and Desist Letter – Unauthorized Use of the Roadway Movers Name |

Dear Mr. Sharma,

I write to follow up on my prior correspondence regarding Roadway's cease and desist letter dated February 16, 2026.

As discussed, Roadway set a deadline of April 3, 2026 for full compliance. That deadline is now fast approaching, and as of the date of this email, Roadway has not yet received confirmation that the required corrective actions have been completed.

Please ensure that all infringing uses of the Roadway Movers name and any confusingly similar designations are removed, and that full compliance is achieved by the April 3 deadline, in order to avoid further action.

Kindly provide written confirmation of compliance as soon as possible.



**John Guella, Esq.**
**General Counsel, Roadway Moving**
Official Moving & Storage Partner of the New York Yankees

1-212-812-5240
Direct: 201-694-8969
845 3rd Ave 6 Fl, New York, NY 10022

    

   

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

All New York Yankees trademarks and copyrights are owned by the New York Yankees and used with the permission of the New York Yankees.

**From:** John Guella, Esq.
**Sent:** Wednesday, March 18, 2026 11:34 AM
**To:** Support@roadwaymovers.info
**Subject:** RE: Cease and Desist Letter – Unauthorized Use of the Roadway Movers Name

Dear Mr. Sharma,

I acknowledge receipt of your email and appreciate your response.

As you are aware, Roadway's cease and desist letter was issued on February 16, 2026, and the requested compliance period has already elapsed. While Roadway appreciates your indication that you are evaluating rebranding and taking steps to address the matter, prompt resolution is required.

Accordingly, Roadway expects full compliance with the demands set forth in the February 16 letter, including removal of all infringing uses of the Roadway Movers name and any confusingly similar designations, no later than April 3, 2026. Written confirmation of such compliance should be provided by that date.

Roadway reserves all rights and remedies in the event that full compliance is not achieved within this timeframe.

Please direct any updates or confirmation of compliance to my attention.



**John Guella, Esq.**
**General Counsel, Roadway Moving**
Official Moving & Storage Partner of the New York Yankees

1-212-812-5240
Direct: 201-694-8969
845 3rd Ave 6 Fl, New York, NY 10022

   

   

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

All New York Yankees trademarks and copyrights are owned by the New York Yankees and used with the permission of the New York Yankees.

**From:** Support@roadwaymovers.info <Support@roadwaymovers.info>
**Sent:** Monday, March 16, 2026 4:38 PM
**To:** John Guella, Esq. <john.g@roadwaymoving.com>
**Subject:** Re: Cease and Desist Letter – Unauthorized Use of the Roadway Movers Name

**Caution:** This is an external email and may be malicious. Please take care when clicking links or opening attachments.

Dear Mr. Guella,

I acknowledge receipt of your letter dated February 16, 2026 regarding the use of the name "Roadway Movers LLC."

Thank you for bringing this matter to my attention. I take these concerns seriously and am currently reviewing the issue and taking steps to address it appropriately. I am in the process of evaluating a rebranding of my company and will ensure that any potentially confusing use of the name is discontinued.

I appreciate your patience while I work through the necessary changes and will follow up with written confirmation once the updates have been completed.

Sincerely,
Vikas Sharma
Roadway Movers LLC

On 02/16/2026 12:40 PM EST John Guella <[john.g@roadwaymoving.com](mailto:john.g@roadwaymoving.com)> wrote:

To Whom It May Concern,

Attached please find a formal Cease and Desist Letter issued on behalf of Roadway Movers Inc., doing business as Roadway Moving Inc., regarding your unauthorized use of the Roadway Movers name and confusingly similar designations.

As outlined in the attached letter, Roadway demands that Roadway Movers LLC immediately cease and desist from continued use of the Trademark and remove all infringing listings, websites, advertisements, and marketing materials. Written confirmation of compliance is required within fourteen (14) days of receipt.

This letter is being sent via overnight courier with tracking and electronic delivery. Please direct all communications regarding this matter to the undersigned.



**John Guella**

**General Counsel, Roadway Moving**
Official Moving & Storage Partner of the New York Yankees

1-212-812-5240
845 3rd Ave 6 Fl, New York, NY 10022

    



IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

All New York Yankees trademarks and copyrights are owned by the New York Yankees and used with the permission of the New York Yankees.