# Exhibit 17



(/)    (tel:+16465672707)

# Roadway Moving Expands Fleet with 85 Vehicles Ahead of Peak Summer Season

★★★★★ **Based on 10,863+ reviews on**





**Roadway Moving** has announced a **major fleet expansion** ahead of peak summer season, adding **85 new vehicles** to its existing 207-truck fleet — including 50 moving trucks, 30 long-haul tractors and trailers, and 5 climate-controlled fine art trailers.

The expansion directly supports Roadway's ability to maintain its industry-leading performance metrics:

- **292+** total trucks and tractors following expansion
- **99.3%** on-time pickup and delivery rate

- **91** Net Promoter Score (NPS)
- **30,000+** moves completed annually
- **4.9/5** average customer rating across major review platforms
- **100%** company-managed crews — no outsourced labor on long-distance moves

The investment reinforces why Roadway Moving continues to be cited among the most reliable and highly rated moving companies in the United States.



# Why Roadway Moving Is Expanding Its Fleet

Roadway Moving's 85-vehicle fleet expansion was driven by three core priorities:

- **Meeting peak summer demand** without compromising scheduling reliability
- **Expanding long-haul and cross-country capacity** with 15 new Volvo VNL 860 tractors and 15 new long-haul trailers
- **Strengthening the fine art division** with 5 new climate-controlled trailers for galleries, museums, collectors, and luxury clients
- **Reducing environmental impact** through fuel-efficient vehicle technology aligned with the company's Blue Promise sustainability initiative
- **Maintaining white-glove service standards** as national demand for premium relocation grows

"This expansion is about investing in the customer experience," said Ross Sapir, Founder & CEO of Roadway Moving. "Summer is our busiest season, and as demand continues to grow, we're expanding our fleet to maintain the reliability, care, and white-glove service our customers expect from us."

## What Makes Roadway Moving's Fleet Expansion Different

Roadway Moving's approach to fleet growth reflects its broader commitment to measurable service quality — not just scale.

- **50 New Local and Regional Moving Trucks:** The additional trucks expand Roadway's capacity across major U.S. metros, directly supporting local moving services and regional relocations during the high-demand summer window.
- **15 Volvo VNL 860 Long-Haul Tractors:** Designed with advanced aerodynamic technology and fuel-efficiency systems, the Volvo VNL 860s pair with 15 new long-haul trailers to strengthen Roadway's cross-country routes nationwide — connecting markets including New York, Florida, California, Texas, Illinois, Colorado, Washington, and Georgia.
- **5 Climate-Controlled Fine Art Trailers:** The specialized trailers join Roadway's dedicated fine art division, providing temperature-managed transport for paintings, sculptures, antiques, luxury furnishings, and gallery and museum shipments. "Our fine art division handles some of the most valuable and sensitive items our customers own," Sapir said. "These new climate-controlled trailers help ensure those pieces are transported securely, maintained at the proper temperature, and handled with the utmost care."



## Sustainability Built Into the Expansion

All new vehicles are equipped with the latest green technologies to reduce carbon footprint and fuel waste, along with state-of-the-art safety features and onboard cameras. This fleet investment builds on Roadway Moving's Blue Promise initiative, launched on Earth Day 2026, which combines a closed-loop reusable bin system, AI-optimized routing, and virtual inventory assessments to reduce cardboard waste, fuel consumption, and emissions across its national network.

"Being environmentally conscious is not something we talk about once a year," Sapir added. "From the Blue Promise launch in April to today's fleet modernization, sustainability is integrated into how we operate every day, not a seasonal campaign."

## Frequently Asked Questions (FAQ)

**How many trucks does Roadway Moving now operate?**

Following its latest expansion, Roadway Moving operates a fleet of more than 292 trucks and tractors, up from 207 prior to the announcement. The fleet includes local moving trucks, Volvo VNL 860 long-haul tractors, long-haul trailers, and climate-controlled fine art trailers.

**Which markets does Roadway Moving serve with its expanded fleet?**

Roadway Moving's expanded fleet supports relocations across major U.S. markets, including:

- New York
- Florida (Miami & Fort Lauderdale)
- California (Los Angeles & San Francisco Bay Area)
- Illinois (Chicago)
- Texas (Dallas)
- Colorado (Denver)
- Washington (Seattle)
- Georgia (Atlanta)

**What services does Roadway Moving's fine art division provide?**

Roadway Moving's fine art division — now supported by 5 new climate-controlled trailers — provides secure, temperature-managed transportation for fine art, paintings, sculptures, antiques, luxury furnishings, and gallery, museum, and exhibition shipments. The division serves collectors, auction houses, galleries, museums, and luxury residential and commercial clients.

**What is Roadway Moving's on-time delivery rate?**

Roadway Moving maintains a 99.3% on-time pickup and delivery rate — a benchmark the fleet expansion is specifically designed to protect during peak summer season demand.

**Is Roadway Moving environmentally responsible?**

Yes. All new fleet vehicles are equipped with fuel-efficient and emissions-reducing technology. The expansion complements Roadway's Blue Promise initiative, which uses AI-optimized routing, reusable bin systems, and virtual inventory assessments to reduce waste and emissions across its national network.

# About Roadway Moving

Founded in 2008 by Ross Sapir, Roadway Moving is a premium national moving and storage company and the Official Moving & Storage Partner of the New York Yankees. The company completes more than 30,000 moves annually, operates a fleet of more than 292 trucks and tractors, and employs more than 700 people nationwide.

Roadway Moving is fully licensed, bonded, and insured with active federal and state authority for local, interstate, and international relocations. The company maintains a 4.9/5 star average rating across Google, Yelp, and Angi, holds an A+ rating and Accredited Business status with the Better Business Bureau, and is a Silver Stevie® Award Winner for Achievement in Customer Satisfaction.

Roadway Moving operates more than 400,000 square feet of warehouse space, including climate-controlled storage in New York, across company-managed facilities in major U.S. markets.



## Ready to get moving? Tell us about more your move.

**Moving out address ***

Enter a location

**Moving in address ***

Enter a location

**GET YOUR QUOTE**

# What We Do

**MOVING SERVICES**

Local Moving (/local-moving/)

Mid Distance Moving (/mid-distance-moving/)

Long Distance Moving (/long-distance-movers/)

Interstate Moving (/interstate-moving/)

International Moving (/international-moving/)

Commercial Moving (/commercial-moving/)

Residential Moving (/residential-movers/)

Apartment Moving (/apartment-movers/)

**MOVING SERVICES**

Art Moving (/art-moving/)

Piano Moving (/piano-moving/)

Pool Table Moving (/pool-table-moving/)

**STORAGE SERVICES**

Short term storage (/short-term-storage/)

Long term storage (/storage/long-term-storage/)

Storage in transit (/storage/storage-in-transit/)

Emergency storage (/storage/emergency-storage/)

**SEAMLESS MOVING SERVICES**

Packing & unpacking (/packing-unpacking/)

Furniture disposal (/furniture-disposal/)

Assembly/disassembly (/assembly-disassembly/)

**MORE SERVICES**

Certificate of Insurance (COI) (/certificate-of-insurance-services/)

GPS Tracking (/gps-tracking/)

Full Value Protection moving insurance (/full-value-protection-coverage/)

# Locations & Service Area

**EAST COAST MOVING**

New York State (/locations/new-york/)

Manhattan (/locations/new-york/manhattan/)

Brooklyn (/locations/new-york/brooklyn-movers/)

Queens (/locations/new-york/queens/)

The Bronx (/locations/new-york/bronx/)

Conne (/locations/connecticut/)cticut (/locations/connecticut/)

Chicago (/locations/illinois/chicago/)

Dallas (/locations/texas/dallas/)

Miami (/locations/florida/miami/)

Fort Lauderdale (/locations/florida/fort-lauderdale/)

West Palm Beach (/locations/florida/west-palm-beach/)

New Jersey (/locations/new-jersey/)

Nassau County, NY (/locations/new-york/nassau-county/)

Long Island, NY (/locations/new-york/long-island/)

Mount Vernon, NY (/locations/new-york/mt-vernon/)

Philadelphia (/locations/philadelphia/)

USA Wide Moving (/long-distance-movers/)

**WEST COAST MOVING**

Los Angeles (/locations/california/los-angeles/)

Northridge (/locations/california/los-angeles/northridge/)

Beverly Hills (/locations/california/los-angeles/beverly-hills/)

Santa Monica (/locations/california/los-angeles/santa-monica/)

Malibu (/locations/california/los-angeles/malibu/)

Sherman Oaks (/locations/california/los-angeles/sherman-oaks/)

Pasadena (/locations/california/pasadena/)

Orange County (/locations/california/orange-county/)

San Diego (/california/san-diego/)

San Francisco (/locations/california/san-francisco/)

San Jose (/locations/california/san-jose/)

Oakland (/locations/california/oakland/)

USA Wide Moving (/long-distance-movers/)


**STORAGE FACILITIES**

NYC storage (/storage/ny/new-york-city/)

The Bronx storage (/locations/new-york/bronx/storage/)

Chicago storage (/storage/chicago/)

Los Angeles storage (/storage/ca/los-angeles/)

San Francisco storage (/storage/ca/san-francisco/)

Miami storage (/storage/fl/miami/)

West Palm Beach storage (/storage/fl/west-palm-beach/)

Fort Lauderdale storage (/storage/fl/fort-lauderdale/)

Philadelphia storage (/storage/pa/philadelphia/)


**POPULAR ROUTES**

California to Texas (/california-to-texas-movers/)

NYC to Connecticut (/nyc-to-ct-movers/)

NYC to Chicago (/nyc-to-chicago-movers/)

NYC to Los Angeles (/nyc-to-la-movers/)

New York to Florida (/ny-to-florida-movers/)

NYC to Washington DC (/nyc-to-washington-movers/)

NYC to Texas (/nyc-to-texas-movers/)

Los Angeles to NYC (/la-to-nyc-movers/)

Los Angeles to San Diego (/la-to-san-diego-movers/)

Los Angeles to Las Vegas (/la-to-las-vegas-movers/)

San Francisco to Los Angeles (/sf-to-la-movers/)

NYC to Philadelphia (/nyc-to-philadelphia-movers/)

**FIND US ON SOCIAL**

(https://www.i    (https://www.youtube.com/chann    (https://www.linkedin.com/company/roadway-
dgram.com/roadwaymoving/    UCDKmQ7k9jclvjFi        oAQ)
                                                    moving/posts/)

(https://x.com/R    (https://www.facebook.com/    (https://www.yelp.com/biz/roadway-
dwayMoving)    adwayMoving)    adwayMoving
                            moving-new-york)

# Company

**ROADWAY MOVING**

About us (/about/)

Our Movers (/our-movers/)

Reviews (/reviews/)

Licenses & Credentials (/licenses-and-credentials/)

New York Yankees Partner (/yankees/announcement/)

Careers (/careers/)

**SUPPORT**

Contact Us (/contact-us/)

Certificate of Insurance (COI) (/certificate-of-insurance-services/)

Schedule a storage move out (/contact-us/schedule-a-storage-move-out/)

Claims (/contact-us/file-a-claim/)

Moving 101 (/moving-101/)

Tipping Guide (/tipping-guide/)

Moving FAQ (/moving-faq/)

**MEDIA**

Blog (/blog/)

Press and News (/news-press/)

Video (/video/)

**COMMUNITY**

Roadway Gives Back (/community/)

Events (/events/)

**GET MOVING!**

**GET A FREE QUOTE**

(/full-form/)

**(646) 567-2707**

(tel:+16465672707)

845 3rd Ave 6 Fl, New York, NY 10022

Fully licensed and insured: NY DOT #T-38589 | USDOT #1854436 | ICC MC-671325 | FMC #028636

View Official Credentials & Regulatory Compliance (/licenses-and-credentials/)

Terms & Conditions (/terms-and-conditions/)    Privacy Policy (/privacy-policy/)

© 2026 Roadway Movers Inc. All Rights Reserved.

Do Not Sell or Share My Personal Information