UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

ROADWAY MOVING AND STORAGE, INC., *d/b/a* ROADWAY MOVING et al.,

Plaintiffs,

-v-

ROADWAY MOVERS LLC et al.

Defendants.

---------------------------------------------------------------------X

26-CV-6365 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On July 27, 2026, Plaintiffs filed a motion for a preliminary injunction. ECF Nos. 6, 8. No later than **July 31, 2026 at 5:00 p.m.**, Plaintiffs shall serve — by e-mail and overnight courier — copies of the Complaint, all of their motion papers, and this Order on Defendants (or, if known, defense counsel), and file proof of such service on the docket.

The parties shall then appear for a telephone conference with the Court on **August 6, 2026 at 9:30 a.m.** In advance of the conference, the parties shall confer with respect to the following:

(1) Whether there is a need for discovery or an evidentiary hearing in connection with the motion for a preliminary injunction;

(2) A briefing schedule for the motion for a preliminary injunction;

(3) Whether trial on the merits should be advanced and consolidated with any preliminary injunction hearing;

(4) Settlement, including whether the parties believe that (a) a settlement conference before a Magistrate Judge; (b) participation in the District's Mediation Program; and/or (c) retention of a privately retained mediator would be appropriate and, if so, when in the case (*e.g.*, immediately; within the next sixty days; after the deposition of plaintiff is completed; after the close of fact discovery; etc.) the use of such a mechanism would be appropriate; and

(5) Any other information that the parties believe may assist the Court in advancing the case to settlement or trial, including, but not limited to, a description of any dispositive issue or novel issue raised by the case.

The conference will be held remotely by telephone in accordance with Rule 3(B) of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman. The parties should join the conference by calling the Court's dedicated conference line at (855) 244-8681 and using access code 2303 019 3884, followed by the pound (#) key. When prompted for an attendee ID number, press the pound (#) key again. Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 2(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

SO ORDERED.

Dated: July 29, 2026
New York, New York

JESSE M. FURMAN
United States District Judge