**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
ROADWAY MOVING AND STORAGE, INC.
d/b/a ROADWAY MOVING, and
ROADWAY MOVERS INC. d/b/a ROADWAY MOVING,

Case No.: 1:26-cv-06365

*Plaintiffs*,

**PROOF OF SERVICE**

-*against*-

ROADWAY MOVERS LLC and VIKAS SHARMA,

*Defendants.*
-------------------------------------------------------------------------X

I, Aaron J. Solomon, an attorney at law duly admitted to practice law in the State of New York, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney with Oved & Oved LLP (the "Firm"), counsel for Plaintiffs Roadway Moving and Storage, Inc. d/b/a Roadway Moving and Roadway Movers Inc. d/b/a Roadway Moving in the above-captioned action. I am not a party to this action and am over 18 years of age.

2. On July 30, 2026, pursuant to the Court's Order dated July 29, 2026 (ECF No. 14), I served by electronic mail and FedEx Priority Overnight copies of the Verified Complaint (ECF No. 1), the Proposed Order to Show Cause Without Emergency Relief (ECF No. 6), the Declaration of Aaron J. Solomon and Exhibits 1 through 17 (ECF No. 7), the Memorandum of Law in Support of Plaintiffs' Motion for a Preliminary Injunction (ECF No. 8), the Declaration of Ross Sapir (ECF No. 9), and the Court's July 29, 2026 Order (ECF No. 14) upon Defendant Roadway Movers LLC as follows:

**Roadway Movers LLC**
c/o Vikas Sharma, Registered Agent
13066 Thrift Lane
Woodbridge, Virginia 22193-6107
FedEx Tracking No. 875107194092
**Electronic mail:**
roadrunnerlogistics805@gmail.com
info@roadwaymoversllc.com
support@roadwaymovers.info

1

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: July 30, 2026
New York, New York

Respectfully submitted,

OVED & OVED LLP

By: _____
Aaron J.  Solomon, Esq.
*Attorneys for Plaintiffs*
401 Greenwich Street
New York, New York 10013
Tel: 212.226.2376
Email: aaron@ovedlaw.com

2