UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROADWAY MOVING AND STORAGE, INC., *d/b/a* ROADWAY MOVING, et al.,

Plaintiffs,

-v-

ROADWAY MOVERS LLC et al.,

Defendants.

26-CV-6365 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

As stated on the record during the teleconference held earlier today, Defendants shall file any opposition to the motion for a preliminary injunction, ECF Nos. 6 & 8, no later than **August 27, 2026.** Plaintiffs shall file any reply no later than **September 3, 2026.**

The Court reminds Defendants that a corporate entity may appear in federal court only through counsel. *See Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007). Accordingly, if new counsel fails to appear on behalf of Roadway Movers LLC by the deadline for the opposition, the motion will be deemed unopposed. Further, if counsel fails to appear on behalf of Roadway Movers LLC, default judgment may eventually be entered against it. *See, e.g.*, *Grace v. Bank Leumi Tr. Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006).

Unless and until counsel appears on Defendant Vikas Sharma's behalf, he is deemed to be proceeding *pro se* — that is, without counsel. In light of that, **all parties must familiarize themselves with the Court's Individual Rules and Practices in Civil *Pro Se* Cases, which are attached to this Order and available at https://nysd.uscourts.gov/judge/Furman.**

Mr. Sharma is encouraged to consent to electronic service via ECF as it would ensure that

he sreceive documents in its case promptly by email instead of by regular mail. The consent form, along with instructions on how to fill it out, can be found at https://www.nysd.uscourts.gov/forms/consent-electronic-service-pro-se-cases. Unless and until a *pro se* party consents to receive electronic service, however, counsel are required to serve that *pro se* party with copies of documents filed with the Court and to file affidavits of such service with the Court thereafter. Mr. Sharma may also file a Motion for Permission for Electronic Case Filing to file documents electronically.

Pursuant to the Court's Individual Rules and Practices in Civil *Pro Se* Cases, a copy of which is attached to this Order, all communications with the Court by a *pro se* party — including the aforementioned letter — should be filed with the *Pro Se* Intake Unit by either (1) emailing the communication as an attachment in PDF format to Pro_Se_Filing@nysd.uscourts.gov (for instructions, see https://nysd.uscourts.gov/forms/instructions-filing-documents-email); or (2) mailing the communication to the *Pro Se* Intake Unit, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.[1] No documents or court filings should be sent directly to Chambers. Copies of correspondence between a *pro se* party and counsel shall not be sent to the Court.

There is a *Pro Se* Law Clinic in this District to assist parties in civil cases who do not have lawyers. The Clinic may be able to provide Plaintiff with advice in connection with this case. The *Pro Se* Law Clinic is run by a private organization called the City Bar Justice Center ("CBJC"); it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any unrepresented party through the

[1] In the alternative, the Court's Individual Rules and Practices provide instructions for delivering communications to the *Pro Se* Intake Unit by hand. Additionally, as noted in the Court's Individual Rules and Practices, a *pro se* party may move for leave to participate as an ECF filer; if granted leave, the *pro se* party can file documents on ECF.

*Pro Se* Intake Unit). To receive limited-scope assistance from the clinic, Plaintiff should make an appointment by completing the CBJC's online intake form, located at https://.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project.

The Clerk of Court is directed to:

1. Add the PRO SE DFT Flag to this action and modify the docket to reflect that Vikas Sharma is proceeding *pro se* with the following address:

   3440 Washington Drive
   Falls Church, VA 22041

2. Mail Mr. Sharma a copy of this Order and the Information Package for Defendants and note the mailing on the docket

3. Docket STANDING ORDER IN RE CASES FILED BY PRO SE PLAINTIFFS (See 24-MISC-127 Standing Order filed March 18, 2024)

4. Add CASE MANAGEMENT NOTE to the docket

Out of an abundance of caution, Plaintiffs shall also email a copy of this Order to Mr. Sharma and, no later than August 7, 2026, file proof of such service on ECF.

SO ORDERED.

Dated: August 6, 2026
New York, New York

JESSE M. FURMAN
United States District Judge