**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------X

ROADWAY MOVING AND STORAGE, INC.
d/b/a ROADWAY MOVING, and
ROADWAY MOVERS INC. d/b/a ROADWAY MOVING,

Case No.: 1:26-cv-06365

*Plaintiffs*,

**PROOF OF SERVICE**

*-against-*

ROADWAY MOVERS LLC and VIKAS SHARMA,

*Defendants.*

---------------------------------------------------------------------------X

I, Aaron J. Solomon, an attorney at law duly admitted to practice law in the State of New York, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney with Oved & Oved LLP, counsel for Plaintiffs, and have personal knowledge of the facts set forth herein. I am not a party and am over 18 years of age.

2. On August 6, 2026, pursuant to the Court's August 6, 2026, Order (ECF No. 20), I served by electronic mail a copy of that Order to Defendant Vikas Sharma at roadrunnerlogistics805@gmail.com

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: August 6, 2026
New York, New York

Respectfully submitted,

OVED & OVED LLP

By: ______________________

Aaron J. Solomon, Esq.
*Counsel for Plaintiffs*
401 Greenwich Street
New York, New York 10013
Tel: 212.226.2376
Email: aaron@ovedlaw.com