UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

ROADWAY MOVING AND STORAGE, INC., *d/b/a* ROADWAY MOVING, et al.,

Plaintiffs,

-v-

ROADWAY MOVERS LLC et al.,

Defendants.

---------------------------------------------------------------------X

26-CV-6365 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

Pursuant to the Court's August 27, 2026 memo endorsement, ECF No. 26, Defendants Vikas Shwarma and Roadway Movers LLC were required to file any opposition to Plaintiffs' motion for a preliminary injunction, ECF Nos. 6 & 8, no later than September 3, 2026. The Court also previously warned Defendants that if new counsel failed to appear on behalf of Roadway Movers LLC by the deadline for the opposition, the motion would be deemed unopposed. ECF No. 20. To date, Defendants have not filed any opposition to Plaintiffs' motion for a preliminary injunction. Nor has counsel appeared on behalf of Roadway Movers LLC. Accordingly, Plaintiffs' motion is deemed unopposed and GRANTED on that basis and substantially for the reasons set forth in their memorandum of law. No later than **noon** on **September 16, 2026,** Plaintiffs shall both file a proposed preliminary injunction and email a Word version thereof to Furman_NYSDChambers@nysd.uscourts.gov.

In addition, Defendants in this action appear to be in default. Plaintiffs shall file any motion for default judgment, in accordance with the Court's Individual Rules and Practices for Civil Cases (available at https://nysd.uscourts.gov/hon-jesse-m-furman), **within two weeks of the date of this Order**. Plaintiffs should familiarize themselves with Local Civil Rules 55.1 and 55.2, which, along with Rule 55 of the Federal Rules of Civil Procedure and Rule 4(J) of the Court's Individual Rules, govern default judgment motion practice before this Court. Per Local Civil Rule 55.2, a party seeking default judgment must append to the motion a Clerk's Certificate of Default, which may be obtained by following the procedure described in Local Civil Rule 55.1. To be clear: Plaintiffs must file their **motion** for default judgment, *not* merely their request for a Clerk's Certificate of Default, by the above deadline.

If Plaintiffs submit calculations in support of any motion for default judgment, Plaintiffs shall also email native versions of the files with the calculations (i.e., versions of the files in their original format, such as in ".xlsx") to Furman_NYSDChambers@nysd.uscourts.gov. If or when a motion for default judgment is filed, the Court will enter a further Order setting a deadline for

any opposition and reply and scheduling a show cause hearing. If no motion for default judgment is filed by the deadline set forth above, the case may be dismissed for failure to prosecute without further notice to the parties.

Plaintiffs shall serve a copy of this Order electronically and/or by first-class mail on Defendants **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

The Clerk of Court is directed to mail a copy of this Order to Mr. Sharma.

SO ORDERED.

Dated: September 11, 2026
New York, New York

JESSE M. FURMAN
United States District Judge