UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROADWAY MOVING AND STORAGE, INC.
d/b/a ROADWAY MOVING, and
ROADWAY MOVERS INC. d/b/a ROADWAY MOVING,

*Plaintiffs,*

-against-

ROADWAY MOVERS LLC and VIKAS SHARMA,

*Defendants.*
------------------------------------------------------------X

26-CV-6365 (JMF)

**DECLARATION OF AARON J. SOLOMON IN SUPPORT OF REQUEST TO ENTER DEFAULT AS TO ROADWAY MOVERS LLC**

Aaron J. Solomon declares under penalty of perjury pursuant to 28 U.S.C. Section 1746 as follows:

1. I am an attorney with Oved & Oved LLP, counsel for Plaintiffs. I submit this declaration in support of Plaintiffs' request that the Clerk enter the default of Defendant Roadway Movers LLC ("RM LLC") pursuant to Federal Rule of Civil Procedure 55(a) and Local Civil Rule 55.1.

2. Plaintiffs commenced this action on July 27, 2026 by filing the Verified Complaint. ECF No. 1. On July 29, 2026, the Court directed Plaintiffs to serve Defendants by electronic mail and overnight courier with the Verified Complaint, Plaintiffs' preliminary-injunction papers, and the Court's July 29 Order. ECF No. 14.

3. Plaintiffs served RM LLC as directed on July 30, 2026 and filed proof of service that day at ECF No. 18. RM LLC is a Virginia limited liability company.

4. At the August 6, 2026 teleconference, the Court reminded RM LLC that a corporate entity may appear in federal court only through counsel and set August 27, 2026 as the deadline to oppose Plaintiffs' motion for a preliminary injunction. The Court warned that if counsel did not appear for RM LLC by that deadline, the motion would be deemed unopposed and that default judgment could eventually be entered against RM LLC. ECF No. 20.

5. On August 27, 2026, the Court extended the opposition deadline one week to September 3, 2026, with no further extensions. ECF No. 26.

6. No counsel appeared for RM LLC and RM LLC filed no opposition by September 3, 2026. On September 11, 2026, the Court granted Plaintiffs' preliminary-injunction motion as unopposed and stated that "Defendants in this action appear to be in default," directing Plaintiffs to obtain a Clerk's Certificate of Default pursuant to Local Civil Rule 55.1. ECF No. 29 at 1-2.

7. Plaintiffs have reached a settlement with Defendant Vikas Sharma individually and, accordingly, do not request entry of default against him. The settlement expressly provides that Plaintiffs may obtain entry of default and seek default judgment against RM LLC.

8. RM LLC has not appeared through licensed counsel and has not filed an answer or other pleading directed to the merits of the Verified Complaint. Plaintiffs therefore respectfully request that the Clerk enter the default of Roadway Movers LLC.

Dated: New York, New York
September 15, 2026

**OVED & OVED LLP**

Aaron J. Solomon, Esq.
*Attorneys for Plaintiffs*
401 Greenwich Street
New York, New York 10013
Tel: 212.226.2376