UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

ROADWAY MOVING AND STORAGE, INC.
d/b/a ROADWAY MOVING, and
ROADWAY MOVERS INC. d/b/a ROADWAY MOVING,

*Plaintiffs,*

-against-

ROADWAY MOVERS LLC and VIKAS SHARMA,

*Defendants.*

------------------------------------------------------------X

26-CV-6365 (JMF)

**REQUEST TO ENTER DEFAULT AS TO ROADWAY MOVERS LLC**

Pursuant to Federal Rule of Civil Procedure 55(a) and Local Civil Rule 55.1, Plaintiffs respectfully request that the Clerk enter the default of Defendant Roadway Movers LLC ("RM LLC"). Pursuant to the Court's July 29, 2026 Order, Plaintiffs served RM LLC with the Verified Complaint and preliminary-injunction papers on July 30, 2026, and filed proof of service at ECF No. 18. On August 6, 2026, the Court reminded RM LLC that it could appear only through counsel and warned that, absent counsel by the opposition deadline, Plaintiffs' motion would be deemed unopposed and default judgment could eventually be entered against RM LLC. ECF No. 20. The Court extended the opposition deadline to September 3, 2026, with no further extensions. ECF No. 26. No counsel appeared and RM LLC filed no opposition. On September 11, 2026, the Court granted Plaintiffs' motion as unopposed, stated that "Defendants in this action appear to be in default," and directed Plaintiffs to obtain a Clerk's Certificate of Default. ECF No. 29 at 1-2. Plaintiffs have since settled with Sharma individually and do not seek default against him; the settlement expressly permits entry of default and default judgment against RM LLC. RM LLC has not appeared through licensed counsel or filed an answer or other pleading directed to the merits of the Verified Complaint.

Dated: New York, New York
September 15, 2026

**OVED & OVED LLP**

Aaron J. Solomon, Esq.
*Attorneys for Plaintiffs*
401 Greenwich Street
New York, New York 10013
Tel: 212.226.2376