UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
ROADWAY MOVING AND STORAGE, INC.
d/b/a ROADWAY MOVING, and
ROADWAY MOVERS INC. d/b/a ROADWAY MOVING,

*Plaintiffs,*

-against-

ROADWAY MOVERS LLC and VIKAS SHARMA,

*Defendants.*
-----------------------------------------------------X

26-CV-6365 (JMF)

**NOTICE OF MOTION FOR DEFAULT JUDGMENT**

PLEASE TAKE NOTICE that Plaintiffs Roadway Moving and Storage, Inc. d/b/a Roadway Moving and Roadway Movers Inc. d/b/a Roadway Moving will move this Court, at a date and time to be set by the Court, pursuant to Federal Rule of Civil Procedure 55(b)(2), Local Civil Rule 55.2, and Rule 4(J) of the Court's Individual Rules and Practices in Civil Cases, for default judgment against Defendant Roadway Movers LLC ("RM LLC") on Plaintiffs' claim under 15 U.S.C. § 1125(a)(1)(A), a permanent injunction in the form submitted herewith, and such other and further relief as the Court deems just and proper.

The motion is based on the Verified Complaint, the Clerk's Certificate of Default entered September 16, 2026, the accompanying declaration and memorandum of law, and the entire record. ECF No. 36. At this time, Plaintiffs seek no monetary damages, profits, prejudgment interest, attorneys' fees, or costs and request no damages inquest.

Dated: New York, New York
September 25, 2026

**OVED & OVED LLP**

Aaron J. Solomon, Esq.
*Attorneys for Plaintiffs*
401 Greenwich Street
New York, New York 10013
Tel: 212.226.2376
Email: aaron@ovedlaw.com