UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

26-CV-6365 (JMF)

-----------------------------------------------------X
ROADWAY MOVING AND STORAGE, INC. d/b/a ROADWAY MOVING, and ROADWAY MOVERS INC. d/b/a ROADWAY MOVING,

*Plaintiffs,*

-against-

ROADWAY MOVERS LLC and VIKAS SHARMA,

*Defendants.*
-----------------------------------------------------X

**DECLARATION OF AARON J. SOLOMON IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT**

Aaron J. Solomon declares under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney with Oved & Oved LLP, counsel for Plaintiffs Roadway Moving and Storage, Inc. d/b/a Roadway Moving and Roadway Movers Inc. d/b/a Roadway Moving. I submit this declaration in support of Plaintiffs' motion for default judgment against Defendant Roadway Movers LLC ("RM LLC"). As such, I have personal knowledge of the procedural matters set forth below and could testify competently to them.

2. Plaintiffs commenced this action on July 27, 2026 by filing the Verified Complaint. ECF No. 1.

3. On July 29, 2026, the Court directed Plaintiffs to serve Defendants by e-mail and overnight courier with the Verified Complaint, Plaintiffs' preliminary-injunction papers, and the Court's July 29 Order. ECF No. 14.

4. On July 30, 2026, I caused those papers to be served upon RM LLC, c/o Vikas Sharma, Registered Agent, 13066 Thrift Lane, Woodbridge, Virginia 22193-6107, by FedEx Priority Overnight (Tracking No. 875107194092) and by electronic mail to

roadrunnerlogistics805@gmail.com, info@roadwaymoversllc.com, and support@roadwaymovers.info. Plaintiffs filed proof of that service the same day. ECF No. 18.

5. At the August 6, 2026 teleconference, Sharma appeared *pro se*. The Court advised that RM LLC could appear only through licensed counsel and warned that, absent an appearance by counsel by the opposition deadline, Plaintiffs' preliminary-injunction motion would be deemed unopposed. ECF No. 20.

6. On August 26, 2026, Sharma requested a thirty-day extension of the opposition deadline. ECF No. 23. On August 27, 2026, the Court denied that request but extended the deadline through September 3, 2026, with no further extensions. ECF No. 26.

7. No counsel appeared for RM LLC, and no opposition was filed by September 3. On September 11, 2026, the Court granted Plaintiffs' preliminary-injunction motion as unopposed and substantially for the reasons stated in Plaintiffs' memorandum. The Court also directed Plaintiffs to obtain a Clerk's Certificate of Default and file any motion for default judgment within two weeks. ECF No. 29.

8. On September 16, 2026, the Clerk entered a Certificate of Default as to RM LLC. The Certificate states that RM LLC was served on July 30, 2026 through Sharma, its registered agent; that proof of service was filed at ECF No. 18; and that RM LLC has not appeared through licensed counsel or filed an answer or other pleading directed to the merits. ECF No. 36.

9. RM LLC is a limited liability company and therefore is not a minor, an incompetent person, or a servicemember within the meaning of the Servicemembers Civil Relief Act. To my knowledge, RM LLC has never contended otherwise.

10. Sharma has separately resolved Plaintiffs' claims against him and has consented, individually, to entry of the proposed Final Judgment and Permanent Injunction. Plaintiffs do not

rely on Sharma's consent as an appearance by, or legal representation of, RM LLC. Plaintiffs seek default judgment against RM LLC based on the LLC's own service, failure to appear through counsel, default, and the allegations admitted by that default.

12. Pursuant to Rule 4(J) of the Court's Individual Rules and Local Civil Rule 55.2, Plaintiffs are submitting concurrently with the motion copies of the operative Verified Complaint, the proof of service of the Complaint on RM LLC, the Clerk's Certificate of Default, Plaintiffs' supporting memorandum, the sworn statement regarding damages, and the proposed Final Judgment and Permanent Injunction.

13. I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
September 25, 2026

**OVED & OVED LLP**

Aaron J. Solomon, Esq.
*Attorneys for Plaintiffs*
401 Greenwich Street
New York, New York 10013
Tel: 212.226.2376
Email: aaron@ovedlaw.com