UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROADWAY MOVING AND STORAGE, INC., *d/b/a* ROADWAY MOVING et al.,

Plaintiffs,

-v-

ROADWAY MOVERS LLC et al.

Defendants.

---

26-CV-6365 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On September 25, 2026, Plaintiffs filed a motion for entry of a default judgment under Rule 55(b)(2) of the Federal Rules of Civil Procedure and Local Civil Rule 55.2(b). *See* ECF No. 39. A default judgment hearing is currently scheduled for **October 20, at 4:00 p.m.** *See* ECF No. 44.

"It is well settled that a court may not properly enter a default judgment unless it has jurisdiction over the party against whom the judgment is sought, which means that [each defendant] must have been effectively served with process." *Cont'l Indem. Co. v. Bulson Mgmt., LLC*, No. 20-CV-3479 (JMF), 2022 WL 1747780, at *2 (S.D.N.Y. May 31, 2022) (internal quotation marks omitted). **At tomorrow's hearing**, Plaintiffs should be prepared to address whether service on Roadway Movers LLC by "electronic mail and FedEx Priority Overnight" was proper. *Compare* ECF No. 18, ¶ 2 *with* FED. R. CIV. P. 4(h) (governing the service of process on corporations, partnerships, and other unincorporated associations within a U.S. judicial district); *see also* ECF No. 18, ¶ 2 (asserting that Roadway Movers LLC was served with copies of the Verified Complaint, the Proposed Order to Show Cause, the Declaration of Aaron J. Solomon, Plaintiffs' Memorandum, the Declaration of Ross Sapir, and the Court's July 29, 2026 Order, but failing to state whether it was also served with the electronic summons issued at ECF No. 17). Alternatively, Plaintiffs may move, by letter motion, to adjourn the default judgment hearing to cure any service problems.

SO ORDERED.

Dated: October 19, 2026
New York, New York

JESSE M. FURMAN
United States District Judge