**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------X

ROADWAY MOVING AND STORAGE, INC. d/b/a ROADWAY MOVING, and ROADWAY MOVERS INC. d/b/a ROADWAY MOVING,

*Plaintiffs*,

*-against-*

ROADWAY MOVERS LLC and VIKAS SHARMA,

*Defendants.*

-------------------------------------------------------------------------X

Case No.: 1:26-cv-06365

~~**[PROPOSED]**~~
**FINAL JUDGMENT & PERMANENT INJUNCTION**

***(JURY TRIAL DEMANDED)***

**(BY CONSENT AS TO VIKAS SHARMA; BY DEFAULT AS TO ROADWAY MOVERS LLC)**

WHEREAS, this action was commenced by Plaintiffs Roadway Moving and Storage, Inc. d/b/a Roadway Moving and Roadway Movers Inc. d/b/a Roadway Moving (collectively, "Plaintiffs") against Defendants Roadway Movers LLC ("RM LLC") and Vikas Sharma ("Sharma"); and

WHEREAS, together with the Complaint Plaintiffs filed an Order to Show Cause seeking a preliminary injunction (ECF No. 6);

WHEREAS, RM LLC, having been served, failed to plead or otherwise defend through licensed counsel; and

WHEREAS, the Clerk entered RM LLC's default on September 16, 2026 (ECF No. 36); and

WHEREAS, Sharma appeared and consented in writing, individually, to entry of this Judgment; and

WHEREAS, the Court having considered the Verified Complaint, Plaintiffs' Order to Show Cause, and the record, it is ORDERED, ADJUDGED, AND DECREED as follows:

1. Final judgment is entered for Plaintiffs and against RM LLC by default and Sharma by consent on Plaintiffs' claim for false designation of origin and unregistered trademark infringement under 15 U.S.C. § 1125(a)(1)(A).

2. For this Judgment, "Roadway Designations" means ROADWAY MOVING, ROADWAY MOVERS, ROADWAY, and any confusingly similar name, mark, trade name, domain name, URL, social-media handle, online listing, keyword, advertising term, or other designation used with moving, storage, relocation, brokerage, vehicle-shipping, auto-transport, or related services.

3. RM LLC and Sharma, and their officers, agents, servants, employees, attorneys, and all

other persons acting in concert or participation with either Defendant, are permanently restrained and enjoined from (a) using any Roadway Designation in connection with goods or services; (b) representing or implying that Defendants or their goods or services are affiliated with, sponsored by, endorsed by, connected to, or share a common source or origin with Plaintiffs; or (c) maintaining any Roadway Designation on websites, domains, corporate names and holdings, social-media accounts, online listings, advertising, marketing materials, or review or rating profiles within Defendants' possession or control.

4. Within ten days after service of this Judgment, each Defendant shall remove prohibited uses within that Defendant's possession or control and make reasonable written requests to third-party platforms to remove or correct prohibited uses that cannot be removed directly.

5. Within thirty days after service of this Judgment, ~~each Defendant~~ Sharma shall file with the Court and serve on Plaintiffs a written report under oath describing Defendants' compliance, pursuant to 15 U.S.C. § 1116(a). ~~Any filing by RM LLC must be made through licensed counsel or as otherwise directed by the Court.~~

6. No monetary damages, profits, prejudgment interest, attorneys' fees, or costs are awarded. Each side shall bear its own attorneys' fees and costs.

7. The Court retains jurisdiction to interpret and enforce this Judgment and Permanent Injunction. The Clerk of Court shall enter judgment and close the case.

Dated: New York, New York
September 16, 2026

**SO ORDERED.**

**JESSE M. FURMAN**
United States District Judge

October 20, 2026